# UNITED STATES BANKRUPTCY COURT

WESTERN  DISTRICT OF  TEXAS

EL PASO DIVISION

In Re. Kingdom Express LLC

§
§
§
§

Debtor(s)

Case No.  24-30051

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2024

Petition Date: 01/19/2024

Months Pending: 0

Industry Classification: | 4 | 8 | 4 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ●

Debtor's Full-Time Employees (current):                    17

Debtor's Full-Time Employees (as of date of order for relief):          17

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

_Moises Vasquez_
Signature of Responsible Party

02/19/2024
Date

Moises Vasquez
Printed Name of Responsible Party

12901 Veta Rica Ave El Paso, TX 79938
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Kingdom Express LLC                    Case No.  24-30051

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $6,924 | |
| b. Total receipts (net of transfers between accounts) | $104,282 | $0 |
| c. Total disbursements (net of transfers between accounts) | $95,472 | $95,472 |
| d. Cash balance end of month (a+b-c) | $15,734 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $95,472 | $95,472 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○  Market ●  Other ○  (attach explanation)) | $1,000 |
| d. Total current assets | $0 |
| e. Total assets | $1,802,740 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $2,584,855 |
| l. Prepetition priority debt | $42,000 |
| m. Prepetition unsecured debt | $110,800 |
| n. Total liabilities (debt) (j+k+l+m) | $2,737,655 |
| o. Ending equity/net worth (e-n) | $-934,915 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $104,282 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $95,472 | |
| c. Gross profit (a-b) | $8,810 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)            2

| Debtor's Name Kingdom Express LLC | Case No. 24-30051 |
|---|---|

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | $2,000 | $0 | $0 | $13,000 |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | ii | Miranda & Maldonado PC | Lead Counsel | $2,000 | $0 | $0 | $13,000 |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions) — Yes ◉  No ○

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) — Yes ○  No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉  No ○

d. Are you current on postpetition tax return filings? — Yes ◉  No ○

e. Are you current on postpetition estimated tax payments? — Yes ○  No ◉

f. Were all trust fund taxes remitted on a current basis? — Yes ○  No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ◉  No ○  N/A ○

i. Do you have:  Worker's compensation insurance? — Yes ○  No ◉

If yes, are your premiums current? — Yes ○  No ○  N/A ◉  (if no, see Instructions)

Casualty/property insurance? — Yes ◉  No ○

If yes, are your premiums current? — Yes ○  No ◉  N/A ○  (if no, see Instructions)

General liability insurance? — Yes ◉  No ○

If yes, are your premiums current? — Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○  No ◉

k. Has a disclosure statement been filed with the court? — Yes ○  No ◉

| Debtor's Name  Kingdom Express LLC | Case No.  24-30051 |
|---|---|

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉    No ○

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

*Moises Vasquez*
_____
Signature of Responsible Party

Moises Vasquez
_____
Printed Name of Responsible Party

Vice President
_____
Title

02/19/2024
_____
Date



**GECU**
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9211 or 800.772.4328 USA



KINGDOM EXPRESS LLC
GABRIEL MORENO
PO BOX 960872
EL PASO TX 79996-0872



GET A $250 GIFT CARD*
GECU HOME IMPROVEMENT LOANS

Apply now at gecu.com.

*Details at gecu.com.

Account Number:          4784
Statement Date:          01/31/24
Page 1 of 8

# member statement

```
****************************************** Checking Account          4784 ******************************************
```

All Transactions by Date

| Date | Description | Amount | Balance |
|---|---|---|---|
| 12/31 | Balance Forward--------------------------------------------------------------------------------------> | | 13,683.21 |
| 01/01 | TOUCHTUNES.HELPSHIF | 25.00- | 13,658.21 |
| 01/01 | EL CHUCOVICHE-MARIS | 58.00- | 13,600.21 |
| 01/01 | TIMMY Z | 37.00- | 13,563.21 |
| 01/01 | AUTOZONE #4210 | 32.48- | 13,530.73 |
| 01/01 | CONCENTRA | 93.00- | 13,437.73 |
| 01/01 | DOGGETT DFST - E.P. | 234.87- | 13,202.86 |
| 01/01 | AMZN MKTP US*JM1U28 | 31.57- | 13,171.29 |
| 01/01 | TRUCKSTOP | 111.00- | 13,060.20 |
| 01/02 | MILLS ESCROW COM LOAN PMT. | 709.33- | 12,350.87 |
| 01/02 | BORDER CITY INSU ACH | 3,000.00- | 9,350.87 |
| 01/02 | MILLS ESCROW COM DIRECT PAY | 169.75- | 9,181.12 |
| 01/02 | TAX_REV_WDT_ECKS TRD PMNT | 110.00- | 9,071.12 |
| 01/02 | UNIFIED CARRIER  WEB PMTS | 222.00- | 8,849.12 |
| 01/02 | Wire In RTS FINANCIAL SERVICE INC. | 14,646.03 | 23,495.15 |
| 01/02 | WIRE FEE | 5.00- | 23,490.15 |
| 01/02 | Deposit | 1,000.00 | 24,490.15 |
| 01/02 | Deposit | 1,000.00 | 25,490.15 |
| 01/02 | Deposit | 1,000.00 | 26,490.15 |
| 01/02 | Deposit | 1,000.00 | 27,490.15 |
| 01/02 | PREPASS SAFETY ALLI | 1,567.56- | 25,922.59 |
| 01/02 | GOOGLE *GSUITE KING | 12.00- | 25,910.59 |
| 01/02 | SQ *SUN TECH NETWOR | 75.00- | 25,835.59 |
| 01/02 | SAMSARA | 147.11- | 25,688.48 |
| 01/02 | Check Number      5312 | 190.00- | 25,498.48 |
| 01/02 | Check Number      5332 | 480.50- | 25,017.98 |
| 01/02 | Check Number      5310 | 662.66- | 24,355.32 |
| 01/02 | Check Number      5323 | 662.66- | 23,692.66 |
| 01/02 | Check Number      5326 | 881.94- | 22,810.72 |
| 01/02 | Check Number      5328 | 227.50- | 22,583.22 |
| 01/03 | MSTS PAYMENTS, L D3EE36F962 | 10,131.10- | 12,452.12 |
| 01/03 | COMDATA NETWORK  CMO TRANS | 4,948.49- | 7,503.63 |
| 01/03 | UBER  *TRIP      San Francisco CA | 6.42- | 7,497.21 |
| 01/03 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 7,472.21 |
| 01/03 | Wire In RTS FINANCIAL SERVICE INC. | 8,752.65 | 16,224.86 |
| 01/03 | WIRE FEE | 5.00- | 16,219.86 |
| 01/03 | TST* UNION DRAFT HO | 96.86- | 16,123.00 |

------------ Continued ------------

**GECU**
**FEDERAL CREDIT UNION**
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

Account Number:                4784
Statement Date:                01/31/24

Page  2  of  8

# member statement

```
*********************************** Checking Account        4784 ***********************************
```

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 01/03 | CRAIGSLIST.ORG | 25.00- | 16,098.00 |
| 01/03 | SAMSARA | 187.08- | 15,910.92 |
| 01/03 | TST* UNION DRAFT HO | 42.13- | 15,868.79 |
| 01/03 | TEXAS ROADHOUSE #21 | 60.00- | 15,808.79 |
| 01/03 | Check Number      5334 | 568.50- | 15,240.29 |
| 01/03 | Check Number      5340 | 896.00- | 14,344.29 |
| 01/03 | Check Number      5336 | 949.50- | 13,394.79 |
| 01/03 | Check Number      5315 | 1,350.00- | 12,044.79 |
| 01/03 | Check Number      5335 | 1,094.00- | 10,950.79 |
| 01/03 | Check Number      5333 | 1,885.50- | 9,065.29 |
| 01/03 | Check Number      5337 | 1,425.00- | 7,640.29 |
| 01/04 | EL PASO ELECTRIC ELECT BILL | 334.62- | 7,305.67 |
| 01/04 | CIRCLE K # 41253 22 EL PASO       TX | 45.18- | 7,260.49 |
| 01/04 | CIRCLE K # 09206 12 EL PASO       TX | 7.50- | 7,252.99 |
| 01/04 | Wire In RTS FINANCIAL SERVICE INC. | 4,747.20 | 12,000.19 |
| 01/04 | WIRE FEE | 5.00- | 11,995.19 |
| 01/04 | WING DADDYS SAUCE H | 30.00- | 11,965.19 |
| 01/04 | STARBUCKS STORE 196 | 5.90- | 11,959.29 |
| 01/04 | CRAIGSLIST.ORG | 25.00- | 11,934.29 |
| 01/04 | TOUCHTUNES.HELPSHIF | 25.00- | 11,909.29 |
| 01/04 | HOOTERS OF EL PASO | 54.00- | 11,855.29 |
| 01/04 | Check Number      5331 | 900.00- | 10,955.29 |
| 01/05 | Wire In RTS FINANCIAL SERVICE INC. | 6,319.60 | 17,274.89 |
| 01/05 | WIRE FEE | 5.00- | 17,269.89 |
| 01/05 | Wire Out Miranda & Maldonado, P.C. | 2,000.00- | 15,269.89 |
| 01/05 | WIRE FEE | 15.00- | 15,254.89 |
| 01/05 | UBER   *TRIP       San Francisco CA | 1.00- | 15,253.89 |
| 01/05 | UBER   *TRIP       San Francisco CA | 7.42- | 15,246.47 |
| 01/05 | Gabes payroll 12-29-23 | 900.00- | 14,346.47 |
| 01/05 | SAMSARA | 47.97- | 14,298.50 |
| 01/05 | CRAIGSLIST.ORG | 25.00- | 14,273.50 |
| 01/05 | SQ *LA FRONTERA BUR | 18.24- | 14,255.26 |
| 01/05 | Check Number      5325 | 868.33- | 13,386.93 |
| 01/07 | UBER   *TRIP       San Francisco CA | 12.90- | 13,374.03 |
| 01/08 | HOOTERS OF EL PASO | 81.00- | 13,293.03 |
| 01/08 | TIMMYZ  3 | 13.00- | 13,280.03 |
| 01/08 | DUTCH BROS TX1101 E | 4.60- | 13,275.43 |
| 01/08 | WALGREENS #3236 | 7.12- | 13,268.31 |
| 01/08 | HOOTERS OF EL PASO | 32.00- | 13,236.31 |
| 01/08 | HOOTERS OF EL PASO | 69.62- | 13,166.69 |
| 01/08 | SQ *LA FRONTERA BUR | 7.99- | 13,158.70 |
| 01/08 | TA # 32  WHEELING | 3,000.00- | 10,158.70 |
| 01/08 | HOOTERS OF EL PASO | 26.00- | 10,132.70 |
| 01/08 | SQ *ABRAHAM TOWING | 105.00- | 10,027.70 |
| 01/08 | BORDER CITY INSU ACH | 3,000.00- | 7,027.70 |
| 01/08 | WAL-MART #2612      EL PASO       TX | 8.97- | 7,018.73 |
| 01/08 | Wire In RTS FINANCIAL SERVICE INC. | 7,901.35 | 14,920.08 |
| 01/08 | WIRE FEE | 5.00- | 14,915.08 |
| 01/08 | Check Number      5341 | 53.58- | 14,861.50 |
| 01/08 | Check Number      5343 | 665.54- | 14,195.96 |
| 01/08 | Deposit | 3,000.00 | 17,195.96 |
| 01/08 | APPLE.COM/BILL | 25.96- | 17,170.00 |
| 01/08 | LOVE'S #0473 INSIDE | 917.07- | 16,252.93 |
| 01/08 | SAMSARA | 53.30- | 16,199.63 |
| 01/08 | Check Number      5344 | 65.00- | 16,134.63 |
| 01/08 | Check Number      5346 | 200.00- | 15,934.63 |
| 01/08 | Check Number      5330 | 1,655.21- | 14,279.42 |
| 01/08 | Check Number      5345 | 227.50- | 14,051.92 |
| 01/08 | Check Number      5342 | 751.42- | 13,300.50 |

------------ Continued -------------

**GECU**
WE'RE WITH YOU.

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

# member statement

*************************************** **Checking Account** 4784 ***************************************

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 01/09 | MSTS PAYMENTS, L CB7D7A0B92 | 7,316.29- | 5,984.21 |
| 01/09 | COMDATA NETWORK  CMO TRANS | 5,031.42- | 952.79 |
| 01/09 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 927.79 |
| 01/09 | Wire In RTS FINANCIAL SERVICE INC. | 9,366.82 | 10,294.61 |
| 01/09 | WIRE FEE | 5.00- | 10,289.61 |
| 01/09 | UBER  *TRIP       San Francisco CA | 11.95- | 10,277.66 |
| 01/09 | TOMMYS EXPRESS | 32.99- | 10,244.67 |
| 01/09 | CRAIGSLIST.ORG | 25.00- | 10,219.67 |
| 01/09 | CAPSTONE PAY | 148.00- | 10,071.67 |
| 01/09 | Check Number      5351 | 1,353.50- | 8,718.17 |
| 01/09 | Check Number      5352 | 208.00- | 8,510.17 |
| 01/09 | Check Number      5338 | 1,539.00- | 6,971.17 |
| 01/09 | Check Number      5350 | 1,176.50- | 5,794.67 |
| 01/09 | Check Number      5349 | 612.50- | 5,182.17 |
| 01/10 | NYS DTF HUT     Tax Paymnt | 39.15- | 5,143.02 |
| 01/10 | Keep bussiness forward | 250.00- | 4,893.02 |
| 01/10 | UTILITY T UTILITY T SOCORRO      TX | 17.84- | 4,875.18 |
| 01/10 | MCDONALD'S F11021  EL PASO      TX | 23.11- | 4,852.07 |
| 01/10 | MCDONALD'S F11021  EL PASO      TX | .63- | 4,851.44 |
| 01/10 | Wire In RTS FINANCIAL SERVICE INC. | 1,429.64 | 6,281.08 |
| 01/10 | WIRE FEE | 5.00- | 6,276.08 |
| 01/10 | WM SUPERCENTER #261 EL PASO      TX | 16.21- | 6,259.87 |
| 01/10 | Deposit | 1,684.80 | 7,944.67 |
| 01/10 | LA MALINCHE | 34.69- | 7,909.98 |
| 01/10 | CRAIGSLIST.ORG | 25.00- | 7,884.98 |
| 01/10 | Check Number      5353 | 430.00- | 7,454.98 |
| 01/11 | ATT          Payment | 783.82- | 6,671.16 |
| 01/11 | GM Financial    GMF Pymt | 1,092.16- | 5,579.00 |
| 01/11 | MCDONALD'S M2173   EL PASO      TX | 5.00- | 5,574.00 |
| 01/11 | CIRCLE K # 09703 14 EL PASO      TX | 25.03- | 5,548.97 |
| 01/11 | NNT BRAVO CADILLAC  EL PASO      TX | 99.78- | 5,449.19 |
| 01/11 | Wire In RTS FINANCIAL SERVICE INC. | 3,263.70 | 8,712.89 |
| 01/11 | WIRE FEE | 5.00- | 8,707.89 |
| 01/11 | Wire Out Miranda & Maldonado, P.C. | 2,000.00- | 6,707.89 |
| 01/11 | WIRE FEE | 15.00- | 6,692.89 |
| 01/11 | Deposit | 1,000.00 | 7,692.89 |
| 01/11 | SQ *LA FRONTERA BUR | 3.99- | 7,688.90 |
| 01/11 | SUPREME LAUNDRY AND | 56.12- | 7,632.78 |
| 01/11 | HOOTERS OF EL PASO | 10.95- | 7,621.83 |
| 01/11 | HOOTERS OF EL PASO | 46.22- | 7,575.61 |
| 01/11 | TXDPS DRIVER RECORD | 6.50- | 7,569.11 |
| 01/11 | TXDPS DRIVER RECORD | 6.50- | 7,562.61 |
| 01/11 | WWW.SOUTHEASTUNLOAD | 260.00- | 7,302.61 |
| 01/11 | DUTCH BROS TX1101 E | 4.60- | 7,298.01 |
| 01/12 | Wire In RTS FINANCIAL SERVICE INC. | 9,177.18 | 16,475.19 |
| 01/12 | WIRE FEE | 5.00- | 16,470.19 |
| 01/12 | Check Number      5359 | 665.54- | 15,804.65 |
| 01/12 | SQ *BURRITOS EL CHA | 7.51- | 15,797.14 |
| 01/12 | WHATABURGER 565 | 19.57- | 15,777.57 |
| 01/12 | TRASHBILLING.COM CC | 66.95- | 15,710.62 |
| 01/12 | Check Number      5368 | 980.00- | 14,730.62 |
| 01/13 | UBER  *TRIP       San Francisco CA | 7.92- | 14,722.70 |
| 01/13 | BUSINESS LOAN PAYMENT-MOE CC | 575.00- | 14,147.70 |
| 01/13 | F350 BUSINESS TRUCK PAYMENT | 450.00- | 13,697.70 |
| 01/13 | Speedway  12165 Mon El Paso      TX | 41.01- | 13,656.69 |
| 01/13 | Gabes payroll 1-5-23 | 900.00- | 12,756.69 |
| 01/14 | TRAILER REPAIR REIMBURSEMENT | 80.00- | 12,676.69 |
| 01/14 | MOES PAYROLL FROM 12-15-23 | 900.00- | 11,776.69 |
| 01/14 | MOES PAYROLL FROM 12-22-23 | 900.00- | 10,876.69 |

------------ Continued -------------

## GECU FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| Account Number: | 4784 |
|---|---|
| Statement Date: | 01/31/24 |

Page 4 of 8

# member statement

*********************************** **Checking Account** 4784 ***********************************

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/15 | TEXAS ROADHOUSE #21 | 51.32- | 10,825.37 |
| 01/15 | HOOTERS OF EL PASO | 78.61- | 10,746.76 |
| 01/15 | SQ *BURRITOS EL CHA | 8.51- | 10,738.25 |
| 01/15 | CIRCLE K # 09703 | 3.78- | 10,734.47 |
| 01/15 | SAMSARA | 44.77- | 10,689.70 |
| 01/16 | SBA LOAN        PAYMENT | 2,519.00- | 8,170.70 |
| 01/16 | GARCIA & ASSOCIA SALE | 300.00- | 7,870.70 |
| 01/16 | MCDONALD'S M2173   EL PASO       TX | 6.57- | 7,864.13 |
| 01/16 | NNT BURGER KING #17 EL PASO       TX | 10.60- | 7,853.53 |
| 01/16 | NNT BURGER KING #17 EL PASO       TX | 13.89- | 7,839.64 |
| 01/16 | Wire In RTS FINANCIAL SERVICE INC. | 18,513.96 | 26,353.60 |
| 01/16 | WIRE FEE | 5.00- | 26,348.60 |
| 01/16 | Deposit | 4,000.00 | 30,348.60 |
| 01/16 | AMAZON PRIME*RT47D4 | 16.08- | 30,332.52 |
| 01/16 | Check Number       5361 | 300.00- | 30,032.52 |
| 01/16 | Check Number       5348 | 2,123.00- | 27,909.52 |
| 01/16 | Check Number       5357 | 554.10- | 27,355.42 |
| 01/16 | Check Number       5354 | 620.00- | 26,735.42 |
| 01/16 | Check Number       5360 | 227.50- | 26,507.92 |
| 01/16 | Check Number       5356 | 881.94- | 25,625.98 |
| 01/16 | Check Number       5358 | 751.41- | 24,874.57 |
| 01/17 | MSTS PAYMENTS, L F504ED55AB | 12,206.33- | 12,668.24 |
| 01/17 | COMDATA NETWORK  CMO TRANS | 8,425.52- | 4,242.72 |
| 01/17 | STARBUCKS 800-782-7 SEATTLE       WA | 25.00- | 4,217.72 |
| 01/17 | Wire In RTS FINANCIAL SERVICE INC. | 2,798.87 | 7,016.59 |
| 01/17 | WIRE FEE | 5.00- | 7,011.59 |
| 01/17 | Wire In RTS FINANCIAL SERVICE INC. | 1,681.30 | 8,692.89 |
| 01/17 | WIRE FEE | 5.00- | 8,687.89 |
| 01/17 | Wire In RTS FINANCIAL SERVICE INC. | 3,857.10 | 12,544.99 |
| 01/17 | WIRE FEE | 5.00- | 12,539.99 |
| 01/17 | SQ *BURRITOS EL CHA | 7.51- | 12,532.48 |
| 01/17 | WEB*BLUEHOST.COM | 17.05- | 12,515.43 |
| 01/17 | DOGGETT DFST - E.P. | 523.87- | 11,991.56 |
| 01/17 | DAT SOLUTIONS 800-3 | 297.40- | 11,694.16 |
| 01/17 | Check Number       5378 | 1,612.00- | 10,082.16 |
| 01/17 | Check Number       5373 | 714.50- | 9,367.66 |
| 01/17 | Check Number       5372 | 1,527.00- | 7,840.66 |
| 01/17 | Check Number       5370 | 672.50- | 7,168.16 |
| 01/17 | Check Number       5347 | 1,300.00- | 5,868.16 |
| 01/17 | Check Number       5367 | 1,839.00- | 4,029.16 |
| 01/18 | STONEMARK INC   INS. PMNT. | 321.57- | 3,707.59 |
| 01/18 | Wire In RTS FINANCIAL SERVICE INC. | 5,083.35 | 8,790.94 |
| 01/18 | WIRE FEE | 5.00- | 8,785.94 |
| 01/18 | SQ *BURRITOS EL CHA | 7.57- | 8,778.37 |
| 01/18 | HOOTERS OF EL PASO | 45.00- | 8,733.37 |
| 01/18 | SAMSARA | 645.46- | 8,087.91 |
| 01/18 | TRUCKSTOP | 41.57- | 8,046.34 |
| 01/18 | Check Number       5362 | 100.00- | 7,946.34 |
| 01/19 | TST* UNION DRAFTHOU | 142.36- | 7,803.98 |
| 01/19 | SQ *BURRITOS EL CHA | 7.51- | 7,796.47 |
| 01/19 | Check Number       5355 | 872.26- | 6,924.21 |
| 01/20 | HOOTERS OF EL PASO | 76.00- | 6,848.21 |
| 01/20 | CIRCLE K 03288 | 6.25- | 6,841.96 |
| 01/20 | HOOTERS OF EL PASO | 61.00- | 6,780.96 |
| 01/20 | MICROSOFT*MICROSOFT | 7.56- | 6,773.40 |
| 01/20 | Deposit | 1,842.00 | 8,615.40 |
| 01/20 | Deposit | 1,350.00 | 9,965.40 |
| 01/22 | AUTOZONE #4210 | 129.89- | 9,835.51 |
| 01/22 | APPLE.COM/BILL | .99- | 9,834.52 |

------------ Continued -------------

![GECU logo] **GECU** WE'RE WITH YOU.™
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

# member statement

```
************************************** Checking Account      4784 ***************************************
```

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 01/22 | SQ *BURRITOS EL CHA | 4.01- | 9,830.51 |
| 01/22 | AUTOZONE #4210 | 129.89- | 9,700.62 |
| 01/22 | TIMMY Z | 35.00- | 9,665.62 |
| 01/22 | RF *METRO PARK WARE | 157.50- | 9,508.12 |
| 01/22 | GOOD LUCK CAFE | 28.00- | 9,480.12 |
| 01/22 | Farmers GWRP    INS PMT | 277.78- | 9,202.34 |
| 01/22 | WELLS FARGO CARD CCPYMT | 400.00- | 8,802.34 |
| 01/22 | MCDONALD'S M6890 OF EL PASO    TX | 7.88- | 8,794.46 |
| 01/22 | FAST TRACK VALERO   EL PASO       TX | 32.00- | 8,762.46 |
| 01/22 | Deposit | 1,000.00 | 9,762.46 |
| 01/22 | Deposit | 1,000.00 | 10,762.46 |
| 01/22 | Deposit | 1,000.00 | 11,762.46 |
| 01/22 | Deposit | 1,000.00 | 12,762.46 |
| 01/22 | Check Number     5371 | 1,263.50- | 11,498.96 |
| 01/22 | Check Number     5375 | 751.43- | 10,747.53 |
| 01/22 | Check Number     5380 | 350.00- | 10,397.53 |
| 01/23 | AUTOZONE #4210 | 129.89 | 10,527.42 |
| 01/23 | SAMSARA | 249.44- | 10,277.98 |
| 01/23 | UBER   *TRIP       San Francisco CA | 13.90- | 10,264.08 |
| 01/23 | COMDATA NETWORK  CMO TRANS | 8,104.94- | 2,159.14 |
| 01/23 | MCDONALD'S M2173   EL PASO      TX | 4.00- | 2,155.14 |
| 01/23 | ACH Return Charge | 29.50- | 2,125.64 |
|       | MSTS PAYMENTS, L B92BFADC60 | | |
| 01/23 | UTILITY TRAILERS EL | 139.04- | 1,986.60 |
| 01/23 | DON JOSE MEXICAN GR | 11.90- | 1,974.70 |
| 01/23 | Check Number     5381 | 227.50- | 1,747.20 |
| 01/24 | AFFORDABLE LOAN KINGDOM-8000PEN | 1,000.00 | 2,747.20 |
| 01/24 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 2,722.20 |
| 01/24 | Return Check HF  5379   $665.54 | 29.50- | 2,692.70 |
| 01/24 | TIMMY Z | 14.00- | 2,678.70 |
| 01/24 | SQ *BURRITOS EL CHA | 4.01- | 2,674.69 |
| 01/24 | PREPASS SAFETY ALLI | 1,604.13- | 1,070.56 |
| 01/24 | Check Number     5398 | 293.85- | 776.71 |
| 01/25 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 751.71 |
| 01/25 | FAST TRACK VALERO   EL PASO       TX | 46.00- | 705.71 |
| 01/25 | EMPIRE 8174        EL PASO        TX | 2.79- | 702.92 |
| 01/25 | Return Check NSF 5383  $1,834.60 | 29.50- | 673.42 |
| 01/25 | Return Check NSF 5385  $1,122.17 | 29.50- | 643.92 |
| 01/25 | Return Check HF  5384    $583.25 | 29.50- | 614.42 |
| 01/25 | Return Check HF  5395    $362.85 | 29.50- | 584.92 |
| 01/25 | Return Check HF  5382    $350.50 | 29.50- | 555.42 |
| 01/25 | Return Check HF  5394    $525.72 | 29.50- | 525.92 |
| 01/25 | Return Check NSF 5392  $1,584.50 | 29.50- | 496.42 |
| 01/25 | Return Check NSF 5388    $790.50 | 29.50- | 466.92 |
| 01/25 | Return Check NSF 5389  $1,296.00 | 29.50- | 437.42 |
| 01/25 | Return Check HF  5390    $547.50 | 29.50- | 407.92 |
| 01/25 | Return Check NSF 5391  $1,227.00 | 29.50- | 378.42 |
| 01/25 | Return Check NSF 5386  $1,098.00 | 29.50- | 348.92 |
| 01/25 | Wire In RTS FINANCIAL SERVICE INC. | 46,314.90 | 46,663.82 |
| 01/25 | WIRE FEE | 5.00- | 46,658.82 |
| 01/25 | AFFORDABLE PAYBACK -8000PEND | 1,000.00 | 45,658.82 |
| 01/25 | Wire In RTS FINANCIAL SERVICE INC. | 5,274.50 | 50,933.32 |
| 01/25 | WIRE FEE | 5.00- | 50,928.32 |
| 01/25 | SURE STAY PLUS, JON | 87.69- | 50,840.63 |
| 01/25 | LOVE'S #0706 INSIDE | 437.81- | 50,402.82 |
| 01/25 | Check Number     5460 | 75.00- | 50,327.82 |
| 01/25 | *****REFUND NSF FEE***** | 29.50 | 50,357.32 |
| 01/25 | *****REFUND NSF FEE***** | 29.50 | 50,386.82 |
| 01/25 | *****REFUND NSF FEE***** | 29.50 | 50,416.32 |

------------ Continued -------------

GECU
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

Account Number: 4784
Statement Date: 01/31/24

Page 6 of 8

## member statement

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Checking Account** 4784 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 01/25 | *****REFUND NSF FEE***** | 29.50 | 50,445.82 |
| 01/25 | *****REFUND NSF FEE***** | 29.50 | 50,475.32 |
| 01/25 | *****REFUND NSF FEE***** | 29.50 | 50,504.82 |
| 01/25 | *****REFUND NSF FEE***** | 29.50 | 50,534.32 |
| 01/25 | *****REFUND NSF FEE***** | 29.50 | 50,563.82 |
| 01/26 | BORDER CITY INSU 65365 | 10,000.00- | 40,563.82 |
| 01/26 | Gabespayroll 1-12-23 | 900.00- | 39,663.82 |
| 01/26 | PMT To 3rdPrty INTUIT 18004INTUIT | 233.45- | 39,430.37 |
|       | INTUIT 18004INTUIT MOUNTAIN VIEW CA US | | |
|       | Seq#000010238671 Date 1/26/24 Time 10:05 | | |
| 01/26 | MOES PAYROLL 12-29-23 | 900.00- | 38,530.37 |
| 01/26 | Check Number 5386 | 1,098.00- | 37,432.37 |
| 01/26 | PURCHASE CASHIER'S CHECK | 1,152.17- | 36,280.20 |
| 01/26 | PURCHASE CASHIER'S CHECK | 1,257.00- | 35,023.20 |
| 01/26 | PURCHASE CASHIER'S CHECK | 577.50- | 34,445.70 |
| 01/26 | PURCHASE CASHIER'S CHECK | 1,326.00- | 33,119.70 |
| 01/26 | PURCHASE CASHIER'S CHECK | 820.50- | 32,299.20 |
| 01/26 | PURCHASE CASHIER'S CHECK | 613.26- | 31,685.94 |
| 01/26 | PURCHASE CASHIER'S CHECK | 1,614.50- | 30,071.44 |
| 01/26 | PURCHASE CASHIER'S CHECK | 392.85- | 29,678.59 |
| 01/26 | PURCHASE CASHIER'S CHECK | 555.72- | 29,122.87 |
| 01/26 | PURCHASE CASHIER'S CHECK | 1,864.60- | 27,258.27 |
| 01/26 | Wire Out Comdata Inc | 5,000.00- | 22,258.27 |
| 01/26 | WIRE FEE | 15.00- | 22,243.27 |
| 01/26 | Wire In RTS FINANCIAL SERVICE INC. | 6,932.61 | 29,175.88 |
| 01/26 | WIRE FEE | 5.00- | 29,170.88 |
| 01/26 | HOOTERS OF EL PASO | 29.00- | 29,141.88 |
| 01/26 | WWW.WAREHOUSELABORS | 95.00- | 29,046.88 |
| 01/26 | LOVE'S TIRE CARE #0 | 375.14- | 28,671.74 |
| 01/27 | FUEL TRUCK 245 - FUEL CARD INOP | 500.00- | 28,171.74 |
| 01/27 | Gabes payroll 1-19-23 | 900.00- | 27,271.74 |
| 01/28 | FUEL TRUCK 589 - FUEL CARD INOP | 200.00- | 27,071.74 |
| 01/28 | MOES PAYROLL 01-05-24 | 900.00- | 26,171.74 |
| 01/28 | MOES PAYROLL 01-12-24 | 900.00- | 25,271.74 |
| 01/29 | TOUCHTUNES.HELPSHIF | 25.00- | 25,246.74 |
| 01/29 | DUNKIN #350841 Q35 | 12.58- | 25,234.16 |
| 01/29 | TIMMY Z | 60.18- | 25,173.98 |
| 01/29 | LITTLE SHACK 3 | 22.32- | 25,151.66 |
| 01/29 | MCW#356-ZARAGOZA | 32.99- | 25,118.67 |
| 01/29 | 100 JUICE | 6.47- | 25,112.20 |
| 01/29 | SAMSARA | 215.16- | 24,897.04 |
| 01/29 | POSTAL WORKS ZARAGO | 16.00- | 24,881.04 |
| 01/29 | CHICK-FIL-A #01069 | 9.19- | 24,871.85 |
| 01/29 | ADOBE INC. | 21.64- | 24,850.21 |
| 01/29 | CIRCLE K # 09703 14 EL PASO TX | 20.00- | 24,830.21 |
| 01/29 | Stop Payment Fee | 29.50- | 24,800.71 |
| 01/29 | Wire In RTS FINANCIAL SERVICE INC. | 25,355.55 | 50,156.26 |
| 01/29 | WIRE FEE | 5.00- | 50,151.26 |
| 01/29 | Check Number 5401 | 554.10- | 49,597.16 |
| 01/29 | Check Number 5400 | 881.94- | 48,715.22 |
| 01/29 | Check Number 5393 | 227.50- | 48,487.72 |
| 01/29 | Check Number 5397 | 576.42- | 47,911.30 |
| 01/30 | PROG COUNTY MUT INS PREM | 1,345.29- | 46,566.01 |
| 01/30 | COMDATA NETWORK CMO TRANS | 13,157.92- | 33,408.09 |
| 01/30 | BORDER CITY INSU 65468 | 4,000.00- | 29,408.09 |
| 01/30 | MCDONALD'S M4516 OF EL PASO TX | 4.52- | 29,403.57 |
| 01/30 | SAMS CLUB #8280 EL PASO TX | 90.22- | 29,313.35 |
| 01/30 | Wire In RTS FINANCIAL SERVICE INC. | 5,466.30 | 34,779.65 |
| 01/30 | WIRE FEE | 5.00- | 34,774.65 |

------------ Continued ------------

**GECU**
WE'RE WITH YOU.™

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

## member statement

```
************************************** Checking Account          4784 ****************************************
```

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 01/30 | WALGREENS 11685 MON EL PASO      TX | 66.63- | 34,708.02 |
| 01/30 | Gabes payroll 1-26-24 | 900.00- | 33,808.02 |
| 01/30 | Gabes meds payback | 66.63 | 33,874.65 |
| 01/30 | WHATABURGER 1262 | 9.95- | 33,864.70 |
| 01/30 | MHC-KW-FORD-EL PASO | 196.06- | 33,668.64 |
| 01/30 | Check Number   5407 | 480.00- | 33,188.64 |
| 01/30 | Check Number   5403 | 1,347.43- | 31,841.21 |
| 01/30 | Check Number   5402 | 1,464.08- | 30,377.13 |
| 01/30 | Check Number   5406 | 1,928.56- | 28,448.57 |
| 01/30 | Check Number   5404 | 1,343.67- | 27,104.90 |
| 01/30 | Check Number   5405 | 1,042.67- | 26,062.23 |
| 01/30 | Check Number   5392 | 1,584.50- | 24,477.73 |
| 01/30 | Check Number   5388 | 790.50- | 23,687.23 |
| 01/30 | Check Number   5374 | 1,346.50- | 22,340.73 |
| 01/30 | Check Number   5412 | 1,108.50- | 21,232.23 |
| 01/30 | Check Number   5411 | 1,334.00- | 19,898.23 |
| 01/30 | Check Number   5410 | 901.00- | 18,997.23 |
| 01/30 | Check Number   5409 | 1,303.00- | 17,694.23 |
| 01/30 | Check Number   5408 | 1,474.00- | 16,220.23 |
| 01/31 | BORDER CITY INSU 65484 | 3,207.53- | 13,012.70 |
| 01/31 | IRS       USATAXPYMT | 2,750.00- | 10,262.70 |
| 01/31 | Wire In RTS FINANCIAL SERVICE INC. | 6,314.60 | 16,577.30 |
| 01/31 | WIRE FEE | 5.00- | 16,572.30 |
| 01/31 | Check Number   5396 | 665.54- | 15,906.76 |
| 01/31 | SQ *BURRITOS EL CHA | 11.01- | 15,895.75 |
| 01/31 | JERSEY MIKES 15200 | 21.26- | 15,874.49 |
| 01/31 | JJ KELLER & ASSOCIA | 45.72- | 15,828.77 |
| 01/31 | Service Charge | 93.90- | 15,734.87 |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 01/02 | 5310 | 662.66 | 01/16 | 5360 | 227.50 |
| 01/02 | 5312* | 190.00 | 01/16 | 5361 | 300.00 |
| 01/03 | 5315* | 1350.00 | 01/18 | 5362 | 100.00 |
| 01/02 | 5323* | 662.66 | 01/17 | 5367* | 1839.00 |
| 01/05 | 5325* | 868.33 | 01/12 | 5368 | 980.00 |
| 01/02 | 5326 | 881.94 | 01/17 | 5370* | 672.50 |
| 01/02 | 5328* | 227.50 | 01/22 | 5371 | 1263.50 |
| 01/08 | 5330* | 1655.21 | 01/17 | 5372 | 1527.00 |
| 01/04 | 5331 | 900.00 | 01/17 | 5373 | 714.50 |
| 01/02 | 5332 | 480.50 | 01/30 | 5374 | 1346.50 |
| 01/03 | 5333 | 1885.50 | 01/22 | 5375 | 751.43 |
| 01/03 | 5334 | 568.50 | 01/17 | 5378* | 1612.00 |
| 01/03 | 5335 | 1094.00 | 01/22 | 5380* | 350.00 |
| 01/03 | 5336 | 949.50 | 01/23 | 5381 | 227.50 |
| 01/03 | 5337 | 1425.00 | 01/26 | 5386* | 1098.00 |
| 01/09 | 5338 | 1539.00 | 01/30 | 5388* | 790.50 |
| 01/03 | 5340* | 896.00 | 01/30 | 5392* | 1584.50 |
| 01/08 | 5341 | 53.58 | 01/29 | 5393 | 227.50 |
| 01/08 | 5342 | 751.42 | 01/31 | 5396* | 665.54 |
| 01/08 | 5343 | 665.54 | 01/29 | 5397 | 576.42 |
| 01/08 | 5344 | 65.00 | 01/24 | 5398 | 293.85 |
| 01/08 | 5345 | 227.50 | 01/29 | 5400* | 881.94 |
| 01/08 | 5346 | 200.00 | 01/29 | 5401 | 554.10 |
| 01/17 | 5347 | 1300.00 | 01/30 | 5402 | 1464.08 |
| 01/16 | 5348 | 2123.00 | 01/30 | 5403 | 1347.43 |
| 01/09 | 5349 | 612.50 | 01/30 | 5404 | 1343.67 |
| 01/09 | 5350 | 1176.50 | 01/30 | 5405 | 1042.67 |
| 01/09 | 5351 | 1353.50 | 01/30 | 5406 | 1928.56 |

------------ Continued ------------

**GECU**
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

# member statement

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Checking Account** 4784 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 01/09 | 5352 | 208.00 | 01/30 | 5407 | 480.00 |
| 01/10 | 5353 | 430.00 | 01/30 | 5408 | 1474.00 |
| 01/16 | 5354 | 620.00 | 01/30 | 5409 | 1303.00 |
| 01/19 | 5355 | 872.26 | 01/30 | 5410 | 901.00 |
| 01/16 | 5356 | 881.94 | 01/30 | 5411 | 1334.00 |
| 01/16 | 5357 | 554.10 | 01/30 | 5412 | 1108.50 |
| 01/16 | 5358 | 751.41 | 01/25 | 5460* | 75.00 |
| 01/12 | 5359 | 665.54 | | | |

(*) Check Numbers Missing

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|------------------------|---|-----------|---|---------------------|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 14 | $413.00 | 8 | $236.00 |
| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 14 | $413.00 | 8 | $236.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.
**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

**Account Summary**
Previous Statement Date: 12/31/23

| Beginning Balance | | Deposits | | Interest Paid | | Withdrawals | | Service Charge | | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13,683.21 | + | 215,506.53 | + | .00 | - | 213,360.97 | - | 93.90 | = | 15,734.87 |

Statement from 01/01/24 Thru 01/31/24

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Summary of Deposit Accounts** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|----|---------|---------|-----------|---------|-------------|----------|
| CK | 4784 | 15,734.87 | 0.000 | .00 | | |



Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

5355

01/12/2024

PAY TO THE
ORDER OF    Eric Magallanes

$ **872.26

*****Eight hundred seventy-two and 26/100                                    DOLLARS

Eric Magallanes

MEMO

AUTHORIZED SIGNATURE

Pay Period:  12/30/2023 - 01/12/2024

-$872.26 | Jan 19, 2024

View back

5371

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/16/2024

PAY TO THE
ORDER OF_____ Eric Raya

$ **1,263.50

One thousand two hundred sixty-three and 50/100**************************************************************** **DOLLARS**

Eric Raya

MEMO    Week of 01/05/24 to 01/12/24

AUTHORIZED SIGNATURE

-$1,263.50 | Jan 22, 2024      View back



-$350.00 | Jan 22, 2024

View back

5381

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

1/19/24

PAY TO THE
ORDER OF    Leonor Martinez    $ 227 50

Two hundred and twenty seven    50/100 DOLLARS

MEMO  Payroll 1/12-1/19                    AUTHORIZED SIGNATURE

-$227.50 | Jan 23, 2024

View back

5398

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

1/23/24

PAY TO THE
ORDER OF _Froilan G Cordova_ $ 293.85

_Two hundred and ninety three_ 85/100 _____ DOLLARS

MEMO _air bag KOIO_

AUTHORIZED SIGNATURE

-$293.85 | Jan 24, 2024    View back



5460

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01.24.2024

PAY TO THE
ORDER OF Maymis Auto Glass          $ 75.00

Seventy five dlls 00/100                    DOLLARS

MEMO Cure windshield unit 354

AUTHORIZED SIGNATURE



5401

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/26/2024

PAY TO THE
ORDER OF Itzel C. Martinez

$ **554.10

*****Five hundred fifty-four and 10/100

DOLLARS

Itzel C. Martinez

AUTHORIZED SIGNATURE

MEMO

Pay Period: 01/13/2024 - 01/26/2024

-$554.10 | Jan 29, 2024

View back

**5400**

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/26/2024

PAY TO THE
ORDER OF_____ Brenda L. Martinez _____   $   **881.94

*****Eight hundred eighty-one and 94/100 _____ DOLLARS

Brenda L. Martinez

AUTHORIZED SIGNATURE

MEMO

Pay Period:  01/13/2024 - 01/26/2024

5393

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/26/2024

PAY TO THE
ORDER OF_____ Leonor Martinez

$ **227.50

Two hundred twenty-seven and 50/100************************************************************************************** DOLLARS

Leonor Martinez

MEMO   Week of 01/19/24 to 01/26/24

AUTHORIZED SIGNATURE

-$227.50 | Jan 29, 2024     View back

**5397**

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

1/26/24

PAY TO THE
ORDER OF _Oscar Alvarado_ $ 576.42

_Five hundred and seventy six_ ⁴²⁄₁₀₀ **DOLLARS**

MEMO _Week of 1/19 - 1/26/24_

AUTHORIZED SIGNATURE

-$576.42 | Jan 29, 2024      View back ▶



5403

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF __Froilan J. Cordova__

$ **1,347.43

*****One thousand three hundred forty-seven and 43/100 _____ DOLLARS

Froilan J. Cordova

AUTHORIZED SIGNATURE

MEMO

Pay Period: 01/20/2024 - 01/26/2024

**5402**

**Kingdom Express LLC**
12901 Veta Rica Ave
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF Bryan J. Cordova

$ **1,464.08

*****One thousand four hundred sixty-four and 08/100_____ DOLLARS

Bryan J. Cordova

AUTHORIZED SIGNATURE

MEMO

Pay Period: 01/20/2024 - 01/26/2024

-$1,464.08 | Jan 30, 2024

View back

5406



**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF_____ Alfonso Hernandez Muza

$   **1,928.56

*****One thousand nine hundred twenty-eight and 56/100

DOLLARS

Alfonso Hernandez Muza

AUTHORIZED SIGNATURE

MEMO

Pay Period: 01/20/2024 - 01/26/2024

-$1,928.56 | Jan 30, 2024

View back

5404



**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF_____ James A. Gregory

$ **1,343.67

*****One thousand three hundred forty-three and 67/100 _____ **DOLLARS**

James A. Gregory

AUTHORIZED SIGNATURE

MEMO

Pay Period: 01/20/2024 - 01/26/2024

5405

**Kingdom Express LLC**
12901 Veta Rica Ave
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF _____ Jorge Gutierrez _____ $ **1,042.67

*****One thousand forty-two and 67/100 _____ DOLLARS

Jorge Gutierrez

AUTHORIZED SIGNATURE

MEMO

Pay Period: 01/20/2024 - 01/26/2024

5392

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/23/2024

PAY TO THE
ORDER OF     Mario E Lopez                                                    $ **1,584.50

One thousand five hundred eighty-four and 50/100************************************************************ DOLLARS

Mario E Lopez

AUTHORIZED SIGNATURE

MEMO     Week of 01/12/24 to 01/19/24

-$1,584.50 | Jan 30, 2024          View back ▶

**5388**

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/23/2024

PAY TO THE
ORDER OF Eric Raya

$ **790.50

Seven hundred ninety and 50/100************************************************************************************ DOLLARS

Eric Raya

AUTHORIZED SIGNATURE

MEMO Week of 01/12/24 to 01/19/24

-$790.50 | Jan 30, 2024

View back

5374

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/16/2024

PAY TO THE
ORDER OF___ Leonel Aguilar Lopez

$ **1,346.50

One thousand three hundred forty-six and 50/100************************************************************** DOLLARS

Leonel Aguilar Lopez

AUTHORIZED SIGNATURE

MEMO  Week of 01/05/24 to 01/12/24

-$1,346.50 | Jan 30, 2024        View back ▶

5412

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF___ Mario E Lopez

$ **1,108.50

One thousand one hundred eight and 50/100************************************************************************************ DOLLARS

Mario E Lopez

MEMO    Week of 01/19/24 to 01/26/24

AUTHORIZED SIGNATURE

-$1,108.50 | Jan 30, 2024     View back ▶

5411



**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF_____ Jesus Julian Mendoza Lujan

$**1,334.00

One thousand three hundred thirty-four and 00/100**************************************************** ____ **DOLLARS**

Jesus Julián Mendoza

MEMO   Week of 01/19/24 to 01/26/24

AUTHORIZED SIGNATURE

5410

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF _____ Jesus Gutierrez Ramirez _____ $ **901.00

Nine hundred one and 00/100************************************************************************************** DOLLARS

Jesus Gutierrez Ramirez

AMRO IX
Pick deposit
300 today
400 - 2 day
201 - 3 day

AUTHORIZED SIGNATURE

MEMO _____ Week of 01/19/24 to 01/26/24



5409

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX.79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF........ Gabriel Velazquez

$ **1,303.00

One thousand three hundred three and 00/100************************************************************ DOLLARS

Gabriel Velazquez

MEMO      Week of 01/19/24 to 01/26/24

AUTHORIZED SIGNATURE

5408



**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/29/2024

PAY TO THE
ORDER OF___ Andres Hermosillo

$ **1,474.00

One thousand four hundred seventy-four and 00/100************************************************************* DOLLARS

Andres Hermosillo

AUTHORIZED SIGNATURE

MEMO   Week of 01/19/24 to 01/26/24

5396

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

01/26/2024

PAY TO THE
ORDER OF Rebecca . Moreno

$ **665.54

*****Six hundred sixty-five and 54/100 _____ DOLLARS

Rebecca . Moreno

AUTHORIZED SIGNATURE

MEMO

Pay Period: 01/20/2024 - 01/26/2024

-$665.54 | Jan 31, 2024

View back