# UNITED STATES BANKRUPTCY COURT

### WESTERN  DISTRICT OF  TEXAS

### EL PASO DIVISION

In Re. Kingdom Express LLC §
§ Case No.  24-30051
§
§
Debtor(s) §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2024    Petition Date: 01/19/2024

Months Pending: 1    Industry Classification: 4 8 4 1

Reporting Method:    Accrual Basis ○    Cash Basis ⦿

Debtor's Full-Time Employees (current):    17

Debtor's Full-Time Employees (as of date of order for relief):    17

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

*Moises Vasquez*
Signature of Responsible Party

05/20/2024
Date

Moises Vasquez
Printed Name of Responsible Party

12901 Veta Rica Ave El Paso, TX 79938
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Kingdom Express LLC                                    Case No.  24-30051

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $23,909 | |
| b.  Total receipts (net of transfers between accounts) | $164,015 | $620,483 |
| c.  Total disbursements (net of transfers between accounts) | $178,595 | $641,697 |
| d.  Cash balance end of month (a+b-c) | $12,289 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $178,595 | $641,697 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $0 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory    (Book ○   Market ◉   Other ○   (attach explanation)) | $1,000 | |
| d   Total current assets | $0 | |
| e.  Total assets | $1,802,740 | |
| f.  Postpetition payables (excluding taxes) | $0 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $0 | |
| k.  Prepetition secured debt | $2,584,855 | |
| l.  Prepetition priority debt | $42,000 | |
| m.  Prepetition unsecured debt | $110,800 | |
| n.  Total liabilities (debt) (j+k+l+m) | $2,737,655 | |
| o.  Ending equity/net worth (e-n) | $-934,915 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $164,015 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $178,365 | |
| c.  Gross profit (a-b) | $-14,350 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

| Debtor's Name | Kingdom Express LLC | Case No. | 24-30051 |
|---|---|---|---|

## Part 5: Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | $2,000 | $0 | $1,000 | $14,000 |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete  ii | Miranda & Maldonado PC | Lead Counsel | $2,000 | $0 | $1,000 | $14,000 |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete  i | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ◉   No ○

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ◉   No ○

d. Are you current on postpetition tax return filings?   Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?   Yes ○   No ◉

f. Were all trust fund taxes remitted on a current basis?   Yes ○   No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ◉   No ○   N/A ○

i. Do you have:   Worker's compensation insurance?   Yes ○   No ◉

  If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

  Casualty/property insurance?   Yes ◉   No ○

  If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

  General liability insurance?   Yes ◉   No ○

  If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k. Has a disclosure statement been filed with the court?   Yes ○   No ◉

| Debtor's Name  Kingdom Express LLC | Case No.  24-30051 |
|---|---|

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?          Yes ⦿    No ○

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

*Moises Vasquez*
_____
Signature of Responsible Party

Vice President
_____
Title

Moises Vasquez
_____
Printed Name of Responsible Party

05/20/2024
_____
Date

# WestStar

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

El Paso Texas 79999-9100

5368522
Kingdom Express LLC
Debtor in Possession Case 24-30051-cgb
12901 Veta Rica Avenue
El Paso TX 79938-2468

| Date  4/30/24 | Page  1 |
|---|---|
| Account Number | 3820 |
| Enclosures | |

# CHECKING ACCOUNTS

Kingdom Express LLC
Debtor in Possession Case 24-30051-cgb

Cool down this summer with music, food, and drinks at the coolest concert series in El Paso - Cool Canyon Nights presented by WestStar! Every Thursday, beginning May 9th through August 1st, at the McKelligon Canyon Amphitheater, music starts at 6 p.m. with live performers on the patio, followed by the main act in the amphitheater at 7 p.m.  Attendance is FREE. To check out the full lineup of artists, visit weststarbank.com.

| Business Account | | | |
|---|---|---|---|
| Account Number | 13273820 | Statement Dates   4/01/24 thru  4/30/24 | |
| Previous Balance | 230.00 | Days in the Statement Period | 30 |
| 3 Deposits/Credits | 16,500.00 | Average Ledger | 2,972.38 |
| 25 Checks/Debits | 13,450.49 | Average Collected | 2,872.38 |
| Service Fee | 20.00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 3,259.51 | | |

## Service Charges and Itemized Fees

| Date | Description | Amount |
|---|---|---|
| 4/30 | *Balance Fee in Service Fee | 20.00 |

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 4/19 | DDA incoming wire transfer<br>KINGDOM EXPRESS LLC | 10,500.00 |
| 4/24 | DDA incoming wire transfer<br>KINGDOM EXPRESS LLC | 5,000.00 |
| 4/26 | Deposit | 1,000.00 |

MEMBER FDIC               NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION               1

## OUTSTANDING CHECKS

**Reconciliation of Account**

| CHECKS WRITTEN BUT NOT PAID | | |
|---|---|---|
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | **TOTAL** | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡ | | | | | | |

## RECONCILIATION INSTRUCTIONS

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### Explanation of Balance on Which the Interest Charge is Computed

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:

**WestStar Bank**
P.O. Box 99100
El Paso, TX 79999-9100

You may also contact us on the Web: www.weststarbank.com

In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### For Consumer Accounts Only - In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 915-532-1000 or Write us at P.O. Box 99100, El Paso, TX 79999-9100 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**WestStar**

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| Date | 4/30/24 | Page | 2 |
|------|---------|------|---|
| Account Number | | | 3820 |
| Enclosures | | | |

Business Account                    3820   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 4/15 | Cash Manager Fees | 100.00- |
| 4/19 | Wire Transfer Fee | 15.00- |
| 4/24 | Wire Transfer Fee | 15.00- |
| 4/25 | POS DEB 1017 04/25/24 00629831 | 154.69- |
| | WM SUPERCENTER #2612 | |
| | Wal-Mart Super Cen | |
| | EL PASO      TX C#5120 | |
| 4/29 | DBT CRD 1416 04/26/24 DBC10PGK | 23.10- |
| | TIMMY Z | |
| | EL PASO      TX C#5120 | |
| 4/29 | DBT CRD 1253 04/25/24 DBPYGOPE | 37.90- |
| | GRANDYS EL PASO | |
| | EL PASO      TX C#5120 | |
| 4/29 | DBT CRD 1157 04/26/24 DBKYPCEL | 164.54- |
| | SQ *ONE STOP PRINT SHO | |
| | GOSQ.COM      TX C#5120 | |
| 4/29 | KYTCMotorC KY.Gov | 208.31- |
| | CCD | |
| | 502-875-3733 | |
| | Kingdom Express LLC | |
| 4/30 | POS DEB 1425 04/29/24 00000015 | 20.00- |
| | CIRCLE K # 41299 1135 | |
| | CIRCLE K   41299 1 | |
| | EL PASO      TX C#5120 | |
| 4/30 | INS. PMNT. PFS Financing Co | 55.62- |
| | PPD | |
| 4/30 | Service Fee | 20.00-SC |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/22 | 3 | 470.98 | 4/19 | 4 | 669.54 | 4/22 | 5 | 1,275.00 |

Indicates a skip in check sequence on this statement

2

# WestStar

WestStar Bank
PO Box 99100 - El Paso Texas 79999-9100
Phone: (915) 532-1000 Fax: (915) 542-3077
Website: weststarbank.com

| Date   4/30/24 | Page      3 |
|---|---|
| Account Number | 3820 |
| Enclosures | |

Business Account                              3820   (Continued)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/22 | 6 | 2,022.58 | 4/25 | 10 | 300.00 | 4/26 | 15 | 752.01 |
| 4/23 | 7 | 799.00 | 4/26 | 11 | 682.50 | 4/30 | 17* | 900.05 |
| 4/23 | 8 | 1,363.50 | 4/26 | 12 | 751.42 | 4/30 | 18 | 1,114.50 |
| 4/23 | 9 | 249.00 | 4/26 | 14* | 669.53 | 4/30 | 20* | 636.72 |

Indicates a skip in check sequence on this statement

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 230.00 | 4/23 | 3,765.40 | 4/29 | 6,006.40 |
| 4/15 | 130.00 | 4/24 | 8,750.40 | 4/30 | 3,259.51 |
| 4/19 | 9,945.46 | 4/25 | 8,295.71 | | |
| 4/22 | 6,176.90 | 4/26 | 6,440.25 | | |

Account Rewards
As of 04/30/2024  Enroll in e-statements to reduce your monthly service fee by
$5.

WestStar

Page

---

**DEPOSITED WITH**
WestStar Bank

| DESCRIPTION | DOLLARS | CENTS |
| --- | --- | --- |
| ☐ CASH | 1 0 0 0 | 00 |

ACCOUNT NUMBER

0 0 1 3 2 7 3 8 2 0

For Kingdom Express LLC

Date 4 26 2024

NET DEPOSIT $ 1 0 0 0.00

⑆528⑆00⑆0⑆

Amount $1,000.00 Date 4/26/2024



KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/19/2024     0003

PAY TO THE ORDER OF Abel C Martinez   $ 470.98

Four hundred and seventy 98/100 DOLLARS

WestStar

MEMO Week of 4/12/24 - 4/19/24

Check 3 Amount $470.98 Date 4/22/2024



KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/19/2024     0004

PAY TO THE ORDER OF Brenda L Martinez   $ 669.54

Six hundred and sixty nine 54/100 DOLLARS

WestStar

MEMO Week of 4/12/24 - 4/19/24

Check 4 Amount $669.54 Date 4/19/2024

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/18/2024     0005

PAY TO THE ORDER OF Jesus Julian Mendoza Lujan   $ 1275.00

One thousand two hundred and seventy five 00/100 DOLLARS

WestStar

MEMO Week of 4/12/24 - 4/19/24

Check 5 Amount $1,275.00 Date 4/22/2024



KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/19/2024     0006

PAY TO THE ORDER OF Mario E Lopez   $ 2022.58

Two thousand and twenty two 58/100 DOLLARS

WestStar

MEMO Week of 4/12/24 - 4/19/24

Check 6 Amount $2,022.58 Date 4/22/2024

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/22/2024     0007

PAY TO THE ORDER OF Andres Hermosillo   $ 799.00

Seven hundred and ninety nine 00/100 DOLLARS

WestStar

MEMO Week of 4/12/24 - 4/19/24

Check 7 Amount $799.00 Date 4/23/2024



KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/22/24     0008

PAY TO THE ORDER OF Gabriel Velazquez   $ 1363.50

One thousand three hundred and sixty three 50/100 DOLLARS

WestStar

MEMO Week of 4/12/24 - 4/19/24

Check 8 Amount $1,363.50 Date 4/23/2024

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/22/2024     0009

PAY TO THE ORDER OF Maymi's   $ 249.00

Two hundred and forty nine 00/100 DOLLARS

WestStar

MEMO windshield 590

Check 9 Amount $249.00 Date 4/23/2024



KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/24/2024     0010

PAY TO THE ORDER OF Joaquin Escalante   $ 300.00

Three hundred 00/100 DOLLARS

WestStar

MEMO 590 Remote repair #594

Check 10 Amount $300.00 Date 4/25/2024

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/25/2024     0011

PAY TO THE ORDER OF Mario E Lopez   $ 682.50

Six hundred and eighty two 50/100 DOLLARS

WestStar

MEMO Week of 4/12/24 - 4/19/24

Check 11 Amount $682.50 Date 4/26/2024



KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/25/2024     0012

PAY TO THE ORDER OF Oscar Alvarado   $ 751.42

Seven hundred and fifty one 42/100 DOLLARS

WestStar

MEMO Week of 4/19 - 4/26/24

Check 12 Amount $751.42 Date 4/26/2024

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

DATE 4/25/2024     0014

PAY TO THE ORDER OF Brenda L Martinez   $ 669.53

Six hundred sixty nine 53/100 DOLLARS

WestStar

MEMO Week of 4/19 - 4/26/24

Check 14 Amount $669.53 Date 4/26/2024



WestStar

Page

---

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

0015

DATE 4/26/24

PAY TO THE ORDER OF __Roberto Yamez Cordero__ | $ 752.01

__Seven hundred and fifty two ——— 01/100__ DOLLARS

WestStar
WestStar Bank
P.O. Box 69000
El Paso, TX 79908-9100
El Paso, TX 79908-9100

MEMO __Week of 4/12 - 4/26/24__

Check 15 Amount $752.01 Date 4/26/2024

---

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

0017

DATE 4/29/2024

PAY TO THE ORDER OF __Andres Hermosillo__ | $ 900.05

__Nine hundred ——— 05/100__ DOLLARS

WestStar
WestStar Bank
P.O. Box 69000
El Paso, TX 79908-9100

MEMO __Week 4/24-4/24 - 4-26-24__

Check 17 Amount $900.05 Date 4/30/2024

---

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

0018

DATE 4/29/2024

PAY TO THE ORDER OF __Maria E Lopez__ | $ 1114.50

__One thousand one hundred and fourteen ——— 50/100__ DOLLARS

WestStar
WestStar Bank
P.O. Box 69000
El Paso, TX 79908-9100

MEMO __Week of 4/19 - 4/26/24__

Check 18 Amount $1,114.50 Date 4/30/2024

---

KINGDOM EXPRESS LLC
14229 Bluesky Point Ct
El Paso, TX 79938

0020

DATE 4/30/2024

PAY TO THE ORDER OF __Ever Ortega__ | $ 636.72

__Six hundred and thirty six ——— 72/100__ DOLLARS

WestStar
WestStar Bank
P.O. Box 69000
El Paso, TX 79908-9100

TDL 44200474
DOB 71/18/02 (29)

MEMO __Week 4/22 - 4/26/24__

Check 20 Amount $636.72 Date 4/30/2024

---



### GECU
**FEDERAL CREDIT UNION**

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA



KINGDOM EXPRESS LLC
GABRIEL MORENO
PO BOX 960872
EL PASO TX 79996-0872



GET A $250
GIFT CARD*
GECU HOME IMPROVEMENT LOANS

**Apply now at gecu.com.**

*Details at gecu.com.

| | |
|---|---|
| Account Number: | 4784 |
| Statement Date: | 04/30/24 |
| Page 1 of 7 | |

# member statement

**************************************************** **Checking Account** 4784 ****************************************************

All Transactions by Date

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 03/31 | Balance Forward----------------------------------------------------------------------------------> | | 23,679.80 |
| 04/01 | TIMMY Z | 32.00- | 23,647.80 |
| 04/01 | MHC-KW-FORD-EL PASO | 635.93- | 23,011.87 |
| 04/01 | MHC-KW-FORD-EL PASO | 114.40- | 22,897.47 |
| 04/01 | MILLS ESCROW COM LOAN PMT. | 746.03- | 22,151.44 |
| 04/01 | Wire In RTS FINANCIAL SERVICE INC. | 13,885.76 | 36,037.20 |
| 04/01 | WIRE FEE | 5.00- | 36,032.20 |
| 04/01 | CIRCLE K 05312 1170 EL PASO      TX | 48.31- | 35,983.89 |
| 04/01 | SAN SIMON MVD/POE | 98.00- | 35,885.89 |
| 04/01 | TRUCKSTOP | 111.09- | 35,774.80 |
| 04/02 | COMDATA NETWORK  CMO TRANS | 13,543.57- | 22,231.23 |
| 04/02 | BORDER CITY INSU 2413-00058 | 3,000.00- | 19,231.23 |
| 04/02 | MCDONALD'S M2173   EL PASO      TX | 2.70- | 19,228.53 |
| 04/02 | EMPIRE 8174      EL PASO      TX | 27.75- | 19,200.78 |
| 04/02 | MCDONALD'S F1680   EL PASO      TX | 9.62- | 19,191.16 |
| 04/02 | Wire In RTS FINANCIAL SERVICE INC. | 8,346.75 | 27,537.91 |
| 04/02 | WIRE FEE | 5.00- | 27,532.91 |
| 04/02 | Check Number     5573 | 665.54- | 26,867.37 |
| 04/02 | UBER   *TRIP      San Francisco CA | 18.94- | 26,848.43 |
| 04/02 | SAMSARA | 147.11- | 26,701.32 |
| 04/02 | SQ *EL SAZON DE DON | 9.29- | 26,692.03 |
| 04/02 | PRIME VIDEO CHANNEL | 2.15- | 26,689.88 |
| 04/02 | PREPASS SAFETY ALLI | 1,436.32- | 25,253.56 |
| 04/02 | SQ *SUN TECH NETWOR | 75.00- | 25,178.56 |
| 04/02 | Check Number     5577 | 566.73- | 24,611.83 |
| 04/02 | Check Number     5576 | 1,135.99- | 23,475.84 |
| 04/02 | Check Number     5567 | 464.50- | 23,011.34 |
| 04/02 | Check Number     5582 | 968.00- | 22,043.34 |
| 04/02 | Check Number     5578 | 1,429.00- | 20,614.34 |
| 04/02 | Check Number     5579 | 1,552.00- | 19,062.34 |
| 04/02 | Check Number     5581 | 1,440.50- | 17,621.84 |
| 04/02 | Check Number     5580 | 741.00- | 16,880.84 |
| 04/03 | STONEMARK INC    SERVICE FE | 10.00- | 16,870.84 |
| 04/03 | PFS Financing Co INS. PMNT. | 55.62- | 16,815.22 |
| 04/03 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 16,790.22 |
| 04/03 | AFFORDABLE LOAN PAYBACK | 2,000.00- | 14,790.22 |
| 04/03 | Wire In RTS FINANCIAL SERVICE INC. | 7,734.60 | 22,524.82 |

------------ Continued ------------

**GECU**
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| | |
|---|---|
| Account Number: | 4784 |
| Statement Date: | 04/30/24 |
| Page 2 of 7 | |

## member statement

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Checking Account** 4784 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 04/03 | WIRE FEE | 5.00- | 22,519.82 |
| 04/03 | Cashier's Check Fee | 5.00- | 22,514.82 |
| 04/03 | Withdrawal | 1,313.00- | 21,201.82 |
| 04/03 | NEVERIA Y ANTOJITOS | 16.52- | 21,185.30 |
| 04/03 | APPLE.COM/BILL | 21.64- | 21,163.66 |
| 04/03 | BKGHOTEL AT BOOKING | 96.61- | 21,067.05 |
| 04/03 | DOGGETT DFST - E.P. | 360.49- | 20,706.56 |
| 04/03 | MIRANDA & MALDONADO | 1,000.00- | 19,706.56 |
| 04/03 | SAMSARA | 215.16- | 19,491.40 |
| 04/04 | EL PASO ELECTRIC ELECT BILL | 300.00- | 19,191.40 |
| 04/04 | UTILITY T UTILITY T SOCORRO      TX | 211.04- | 18,980.36 |
| 04/04 | Wire In RTS FINANCIAL SERVICE INC. | 2,856.44 | 21,836.80 |
| 04/04 | WIRE FEE | 5.00- | 21,831.80 |
| 04/04 | THE TAP BAR AND RES | 48.00- | 21,783.80 |
| 04/04 | SUNNYS SUSHI | 23.00- | 21,760.80 |
| 04/04 | EXPRESS TRUCK SERVI | 818.85- | 20,941.95 |
| 04/04 | CRAIGSLIST.ORG | 25.00- | 20,916.95 |
| 04/04 | SMG EL PASO PARKING | 10.00- | 20,906.95 |
| 04/04 | BILL WILLIAMS TIRE | 107.50- | 20,799.45 |
| 04/05 | BORDER CITY INSU 2413-00193 | 4,207.53- | 16,591.92 |
| 04/05 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 16,566.92 |
| 04/05 | MURPHY USA 7811    EL PASO      TX | 53.25- | 16,513.67 |
| 04/05 | Wire In RTS FINANCIAL SERVICE INC. | 5,452.05 | 21,965.72 |
| 04/05 | WIRE FEE | 5.00- | 21,960.72 |
| 04/05 | Gabes payroll 4-5-24 | 900.00- | 21,060.72 |
| 04/05 | SAMSARA | 47.97- | 21,012.75 |
| 04/05 | TOUCHTUNES.HELPSHIF | 25.00- | 20,987.75 |
| 04/05 | LOVE'S TIRE CARE #0 | 425.98- | 20,561.77 |
| 04/05 | Check Number    5585 | 400.00- | 20,161.77 |
| 04/05 | Check Number    5584 | 1,187.64- | 18,974.13 |
| 04/06 | MOES PAYROLL 04-05-24 | 900.00- | 18,074.13 |
| 04/07 | Speedway  1350 Joe  El Paso      TX | 53.00- | 18,021.13 |
| 04/08 | KEG & BREW CRAFT HO | 131.51- | 17,889.62 |
| 04/08 | BORDER TIRE - 4 | 39.90- | 17,849.72 |
| 04/08 | TOUCHTUNES.HELPSHIF | 25.00- | 17,824.72 |
| 04/08 | SPEAKING ROCK ENT C | 21.00- | 17,803.72 |
| 04/08 | DOGGETT DFST - E.P. | 1,381.37- | 16,422.35 |
| 04/08 | BORDER INTERNATIONA | 484.07- | 15,938.28 |
| 04/08 | TEXAS ROADHOUSE #21 | 48.27- | 15,890.01 |
| 04/08 | TIMMY Z | 36.00- | 15,854.01 |
| 04/08 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 15,829.01 |
| 04/08 | ALBERTSONS #324    EL PASO      TX | 1.94- | 15,827.07 |
| 04/08 | EMPIRE 8174      EL PASO      TX | 5.41- | 15,821.66 |
| 04/08 | Check Number    5588 | 665.54- | 15,156.12 |
| 04/08 | Wire In RTS FINANCIAL SERVICE INC. | 14,404.89 | 29,561.01 |
| 04/08 | WIRE FEE | 5.00- | 29,556.01 |
| 04/08 | SAMSARA | 53.30- | 29,502.71 |
| 04/08 | Check Number    5583 | 100.00- | 29,402.71 |
| 04/08 | Check Number    5589 | 554.10- | 28,848.61 |
| 04/08 | Check Number    5587 | 669.54- | 28,179.07 |
| 04/08 | Check Number    5591 | 370.00- | 27,809.07 |
| 04/09 | COMDATA NETWORK  CMO TRANS | 14,286.72- | 13,522.35 |
| 04/09 | MCDONALD'S M2173    EL PASO      TX | 2.70- | 13,519.65 |
| 04/09 | Wire In RTS FINANCIAL SERVICE INC. | 3,650.00 | 17,169.65 |
| 04/09 | WIRE FEE | 5.00- | 17,164.65 |
| 04/09 | TOMMYS-EXPRESS | 32.99- | 17,131.66 |
| 04/09 | CRAIGSLIST.ORG | 25.00- | 17,106.66 |
| 04/09 | Check Number    5594 | 613.97- | 16,492.69 |
| 04/09 | Check Number    5599 | 1,751.50- | 14,741.19 |

------------ Continued -------------

**GECU**
WE'RE WITH YOU.™

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

Account Number:          4784
Statement Date:          04/30/24

Page  3  of  7

# member statement

************************************************ **Checking Account**          **4784** *************************************************

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 04/09 | Check Number      5601 | 1,157.00- | 13,584.19 |
| 04/09 | Check Number      5592 | 860.00- | 12,724.19 |
| 04/09 | Check Number      5597 | 1,112.10- | 11,612.09 |
| 04/10 | Keep bussiness forward | 250.00- | 11,362.09 |
| 04/10 | Cashier's Check Fee | 10.00- | 11,352.09 |
| 04/10 | Withdrawal | 1,303.13- | 10,048.96 |
| 04/10 | Withdrawal | 577.36- | 9,471.60 |
| 04/10 | Wire In RTS FINANCIAL SERVICE INC. | 5,614.65 | 15,086.25 |
| 04/10 | WIRE FEE | 5.00- | 15,081.25 |
| 04/10 | CHIPOTLE 4274 | 12.94- | 15,068.31 |
| 04/10 | PETER PIPER PIZZA 2 | 31.13- | 15,037.18 |
| 04/10 | CRAIGSLIST.ORG | 25.00- | 15,012.18 |
| 04/10 | CHIPOTLE 4274 | 13.48- | 14,998.70 |
| 04/10 | Check Number      5109 | 1,285.00- | 13,713.70 |
| 04/11 | ATT        Payment | 943.65- | 12,770.05 |
| 04/11 | Wire In RTS FINANCIAL SERVICE, INC. | 3,040.71 | 15,810.76 |
| 04/11 | WIRE FEE | 5.00- | 15,805.76 |
| 04/11 | FIREHOUSE SUBS 1011 | 14.55- | 15,791.21 |
| 04/11 | DUTCH BROS TX1101 E | 4.60- | 15,786.61 |
| 04/11 | EL DOGGY KITCHEN | 11.87- | 15,774.74 |
| 04/11 | LOVE'S #0817 OUTSID | 50.00- | 15,724.74 |
| 04/11 | CRAIGSLIST.ORG | 25.00- | 15,699.74 |
| 04/11 | AUTOZONE #4210 | 57.16- | 15,642.58 |
| 04/11 | TACO CABANA 20297 | 21.64- | 15,620.94 |
| 04/11 | Check Number      5602 | 300.00- | 15,320.94 |
| 04/11 | Check Number      5598 | 1,018.50- | 14,302.44 |
| 04/11 | Check Number      5600 | 1,492.00- | 12,810.44 |
| 04/12 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 12,785.44 |
| 04/12 | Wire In RTS FINANCIAL SERVICE INC. | 3,692.09 | 16,477.53 |
| 04/12 | WIRE FEE | 5.00- | 16,472.53 |
| 04/12 | FLEETPRIDE880 | 55.10- | 16,417.43 |
| 04/12 | FLEETPRIDE880 | 53.75- | 16,363.68 |
| 04/12 | BORDER INTERNATIONA | 211.39- | 16,152.29 |
| 04/12 | FLEETPRIDE880 | 7.05- | 16,145.24 |
| 04/12 | DOGGETT DFST - E.P. | 48.18- | 16,097.06 |
| 04/12 | CAPSTONE PAY | 379.00- | 15,718.06 |
| 04/12 | CAPSTONE PAY | 260.00- | 15,458.06 |
| 04/12 | Check Number      5607 | 100.00- | 15,358.06 |
| 04/12 | Check Number      5586 | 751.42- | 14,606.64 |
| 04/13 | Gabes payroll 4-12-24 | 900.00- | 13,706.64 |
| 04/13 | F350 BUSINESS TRUCK PAYMENT | 475.00- | 13,231.64 |
| 04/13 | MOES PAYROLL 04-12-24 | 900.00- | 12,331.64 |
| 04/15 | COCTELES MAZATLAN. | 54.00- | 12,277.64 |
| 04/15 | TIMMY Z | 35.66- | 12,241.98 |
| 04/15 | SQ *CAFE MARTI | 25.98- | 12,216.00 |
| 04/15 | TIMMY Z | 36.28- | 12,179.72 |
| 04/15 | PRIME VIDEO CHANNEL | 7.57- | 12,172.15 |
| 04/15 | ROSADOS WRECKER SER | 631.35- | 11,540.80 |
| 04/15 | TOUCHTUNES.HELPSHIF | 25.00- | 11,515.80 |
| 04/15 | TRB*SOUTHWEST DISPO | 66.95- | 11,448.85 |
| 04/15 | SBA LOAN        PAYMENT | 2,519.00- | 8,929.85 |
| 04/15 | Wire In RTS FINANCIAL SERVICE INC. | 3,156.45 | 12,086.30 |
| 04/15 | WIRE FEE | 5.00- | 12,081.30 |
| 04/15 | Wire In RTS FINANCIAL SERVICE INC. | 12,913.71 | 24,995.01 |
| 04/15 | WIRE FEE | 5.00- | 24,990.01 |
| 04/15 | SAMSARA | 44.77- | 24,945.24 |
| 04/15 | AUDIBLE*CE0OG6EU3 | 16.18- | 24,929.06 |
| 04/15 | PRIME VIDEO CHANNEL | 12.98- | 24,916.08 |
| 04/15 | Check Number      5605 | 566.42- | 24,349.66 |

------------ Continued ------------

**GECU**
FEDERAL CREDIT UNION

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

## member statement

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Checking Account** 4784 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 04/15 | Check Number    5609 | 580.72- | 23,768.94 |
| 04/16 | COMDATA NETWORK  CMO TRANS | 12,630.26- | 11,138.68 |
| 04/16 | Wrong card used personal | 46.00- | 11,092.68 |
| 04/16 | Cashier's Check Fee | 5.00- | 11,087.68 |
| 04/16 | Cashier's Check Fee | 5.00- | 11,082.68 |
| 04/16 | Cashier's Check Fee | 5.00- | 11,077.68 |
| 04/16 | Withdrawal | 1,212.50- | 9,865.18 |
| 04/16 | Withdrawal | 847.21- | 9,017.97 |
| 04/16 | Withdrawal | 853.90- | 8,164.07 |
| 04/16 | Check Number    5603 | 665.54- | 7,498.53 |
| 04/16 | Wire In RTS FINANCIAL SERVICE INC. | 5,606.39 | 13,104.92 |
| 04/16 | WIRE FEE | 5.00- | 13,099.92 |
| 04/16 | APPLE.COM/BILL | 21.64- | 13,078.28 |
| 04/16 | CRAIGSLIST.ORG | 25.00- | 13,053.28 |
| 04/16 | GORDITA LA DONA | 8.94- | 13,044.34 |
| 04/16 | PRIME VIDEO CHANNEL | 7.57- | 13,036.77 |
| 04/16 | AMAZON PRIME*FT1WP5 | 16.08- | 13,020.69 |
| 04/16 | BILL WILLIAMS TIRE | 1,478.01- | 11,542.68 |
| 04/16 | DON CARBON GRILL AN | 25.01- | 11,517.67 |
| 04/16 | Check Number    5610 | 350.00- | 11,167.67 |
| 04/16 | Check Number    5611 | 1,241.57- | 9,926.10 |
| 04/16 | Check Number    5604 | 669.54- | 9,256.56 |
| 04/16 | Check Number    5615 | 693.50- | 8,563.06 |
| 04/16 | Check Number    5545 | 500.00- | 8,063.06 |
| 04/16 | Check Number    5606 | 632.60- | 7,430.46 |
| 04/16 | Check Number    5614 | 466.65- | 6,963.81 |
| 04/17 | BUSINESS LOAN PAYMENT-MOE | 575.00- | 6,388.81 |
| 04/17 | PMT To 3rdPrty  MONEYGRAM PAYMENT SYST | 796.99- | 5,591.82 |
|  | MONEYGRAM PAYMENT SYSTE DALLAS      TX US |  |  |
|  | Seq#000011162668 Date  4/17/24 Time 11:43 |  |  |
| 04/17 | Wire In RTS FINANCIAL SERVICE INC. | 4,767.70 | 10,359.52 |
| 04/17 | WIRE FEE | 5.00- | 10,354.52 |
| 04/17 | WEB*BLUEHOST.COM | 17.27- | 10,337.25 |
| 04/17 | DAT SOLUTIONS 800-3 | 190.44- | 10,146.81 |
| 04/17 | LOVE'S TIRE CARE #0 | 757.94- | 9,388.87 |
| 04/17 | Check Number    5617 | 500.00- | 8,888.87 |
| 04/17 | Check Number    5618 | 100.00- | 8,788.87 |
| 04/18 | PFS Financing Co INS. PMNT. | 321.57- | 8,467.30 |
| 04/18 |     BANK CARD   PAYMENT | 250.00- | 8,217.30 |
| 04/18 | WIRE IN RTS FINANCIAL SERVICE | 7,326.78 | 15,544.08 |
| 04/18 | WIRE FEE | 5.00- | 15,539.08 |
| 04/18 | THE HOME DEPOT 8523 | 280.37- | 15,258.71 |
| 04/18 | SQ *EL BARRIL SNACK | 45.00- | 15,213.71 |
| 04/18 | WHATABURGER 634 | 18.71- | 15,195.00 |
| 04/18 | SAMSARA | 645.46- | 14,549.54 |
| 04/18 | TRUCKSTOP | 41.57- | 14,507.97 |
| 04/18 | Check Number    5619 | 480.00- | 14,027.97 |
| 04/19 | STARBUCKS 800-782-7 SEATTLE      WA | 25.00- | 14,002.97 |
| 04/19 | Wire In RTS FINANCIAL SERVICE INC. | 7,365.05 | 21,368.02 |
| 04/19 | WIRE FEE | 5.00- | 21,363.02 |
| 04/19 | Wire Out Kingdom Express LLC | 10,500.00- | 10,863.02 |
| 04/19 | WIRE FEE | 15.00- | 10,848.02 |
| 04/19 | THE STATION      EL PASO      TX | 5.62- | 10,842.40 |
| 04/19 | THE TAP BAR AND RES | 50.00- | 10,792.40 |
| 04/19 | MICROSOFT*MICROSOFT | 7.56- | 10,784.84 |
| 04/19 | Check Number    5571 | 751.42- | 10,033.42 |
| 04/20 | Gabes payroll 4-19-24 | 900.00- | 9,133.42 |
| 04/20 | MOES PAYROLL 04-19-24 | 900.00- | 8,233.42 |
| 04/22 | APPLE.COM/BILL | .99- | 8,232.43 |

------------ Continued ------------

GECU
WE'RE WITH YOU.™
P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

Account Number: 4784
Statement Date: 04/30/24

Page 5 of 7

# member statement

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Checking Account** 4784 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date | Description | Amount | Balance |
|---|---|---|---|
| 04/22 | TOUCHTUNES.HELPSHIF | 25.00- | 8,207.43 |
| 04/22 | TOUCHTUNES.HELPSHIF | 25.00- | 8,182.43 |
| 04/22 | TIMMY Z | 60.00- | 8,122.43 |
| 04/22 | TOUCHTUNES.HELPSHIF | 25.00- | 8,097.43 |
| 04/22 | CIRCLE K 03288 2297 EL PASO TX | 47.25- | 8,050.18 |
| 04/22 | SAMSARA | 249.44- | 7,800.74 |
| 04/22 | Check Number 5593 | 1,242.29- | 6,558.45 |
| 04/22 | Check Number 5620 | 566.41- | 5,992.04 |
| 04/23 | FARMERS INS EFT PYMT | 277.78- | 5,714.26 |
| 04/23 | Wire In RTS FINANCIAL SERVICE INC. | 22,905.84 | 28,620.10 |
| 04/23 | WIRE FEE | 5.00- | 28,615.10 |
| 04/23 | Cashier's Check Fee | 5.00- | 28,610.10 |
| 04/23 | Cashier's Check Fee | 5.00- | 28,605.10 |
| 04/23 | Cashier's Check Fee | 5.00- | 28,600.10 |
| 04/23 | Withdrawal | 1,259.15- | 27,340.95 |
| 04/23 | Withdrawal | 1,373.18- | 25,967.77 |
| 04/23 | Withdrawal | 1,263.07- | 24,704.70 |
| 04/23 | ACH Return Charge | 29.50- | 24,675.20 |
|  | COMDATA NETWORK CMO TRANS |  |  |
| 04/23 | GOOD LUCK CAFE | 28.00- | 24,647.20 |
| 04/23 | WWW.FHIWORKS.COM | 115.52- | 24,531.68 |
| 04/23 | CRAIGSLIST.ORG | 25.00- | 24,506.68 |
| 04/24 | Wire Out Comdata Inc | 12,878.66- | 11,628.02 |
| 04/24 | WIRE FEE | 15.00- | 11,613.02 |
| 04/24 | Wire In RTS FINANCIAL SERVICE INC. | 4,442.94 | 16,055.96 |
| 04/24 | WIRE FEE | 5.00- | 16,050.96 |
| 04/24 | Wire Out Kingdom Express LLC | 5,000.00- | 11,050.96 |
| 04/24 | WIRE FEE | 15.00- | 11,035.96 |
| 04/24 | CIRCLE K # 41255 12 EL PASO TX | 44.30- | 10,991.66 |
| 04/24 | PMT To 3rdPrty MONEYGRAM PAYMENT SYST | 1,197.99- | 9,793.67 |
|  | MONEYGRAM PAYMENT SYSTE DALLAS TX US |  |  |
|  | Seq#000005617548 Date 4/24/24 Time 17:02 |  |  |
| 04/24 | BILL WILLIAMS TIRE | 190.11- | 9,603.56 |
| 04/24 | CRAIGSLIST.ORG | 25.00- | 9,578.56 |
| 04/25 | BORDER CITY INSU 2416-00092 | 3,000.00- | 6,578.56 |
| 04/25 | WEBFILE TAX PYMT DD | 964.93- | 5,613.63 |
| 04/25 | GARCIA & ASSOCIA SALE | 600.00- | 5,013.63 |
| 04/25 | STARBUCKS 800-782-7 SEATTLE WA | 25.00- | 4,988.63 |
| 04/25 | Wire In RTS FINANCIAL SERVICE INC. | 2,915.97 | 7,904.60 |
| 04/25 | WIRE FEE | 5.00- | 7,899.60 |
| 04/25 | CIRCLE K # 41255 | 6.50- | 7,893.10 |
| 04/25 | OJOS LOCOS SPORTS C | 14.00- | 7,879.10 |
| 04/25 | BILL WILLIAMS TIRE | 217.84- | 7,661.26 |
| 04/25 | BILL WILLIAMS TIRE | 805.19- | 6,856.07 |
| 04/25 | BILL WILLIAMS TIRE | 187.88- | 6,668.19 |
| 04/25 | Check Number 4491 | 1,043.84- | 5,624.35 |
| 04/25 | Check Number 5395 | 362.85- | 5,261.50 |
| 04/26 | PMT To 3rdPrty INTUIT 18004INTUIT | 246.24- | 5,015.26 |
|  | INTUIT 18004INTUIT MOUNTAIN VIEW CA US |  |  |
|  | Seq#000010186202 Date 4/26/24 Time 10:05 |  |  |
| 04/26 | Wire In RTS FINANCIAL SERVICE INC. | 6,217.24 | 11,232.50 |
| 04/26 | WIRE FEE | 5.00- | 11,227.50 |
| 04/26 | Gabes payroll 4-26-24 | 900.00- | 10,327.50 |
| 04/26 | SPO*L&JCAFE | 56.00- | 10,271.50 |
| 04/26 | CRAIGSLIST.ORG | 25.00- | 10,246.50 |
| 04/26 | SPO*L&JCAFE | 20.00- | 10,226.50 |
| 04/27 | PMT To 3rdPrty Adobe | 21.64- | 10,204.86 |
|  | Park Avenue,345 San Jose CA US |  |  |
|  | Seq#000000783025 Date 4/27/24 Time 06:20 |  |  |

------------ Continued ------------

![GECU FEDERAL CREDIT UNION logo]

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

| | |
|---|---|
| Account Number: | 4784 |
| Statement Date: | 04/30/24 |
| Page 6 of 7 | |

# member statement

*********************************** **Checking Account** 4784 ***********************************

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 04/27 | MOES PAYROLL 04-26-24 | 900.00- | 9,304.86 |
| 04/29 | SQ *JAIME SUPER LON | 26.00- | 9,278.86 |
| 04/29 | SAMSARA | 215.16- | 9,063.70 |
| 04/29 | MISTER CAR WASH #03 | 32.99- | 9,030.71 |
| 04/29 | Speedway 10555 Gat El Paso TX | 11.50- | 9,019.21 |
| 04/29 | Wire In RTS FINANCIAL SERVICE INC. | 8,962.40 | 17,981.61 |
| 04/29 | WIRE FEE | 5.00- | 17,976.61 |
| 04/30 | PROG COUNTY MUT INS PREM | 532.46- | 17,444.15 |
| 04/30 | COMDATA NETWORK CMO TRANS | 10,716.63- | 6,727.52 |
| 04/30 | Cashier's Check Fee | 5.00- | 6,722.52 |
| 04/30 | Cashier's Check Fee | 5.00- | 6,717.52 |
| 04/30 | Cashier's Check Fee | 5.00- | 6,712.52 |
| 04/30 | Withdrawal | 1,516.74- | 5,195.78 |
| 04/30 | Withdrawal | 1,368.41- | 3,827.37 |
| 04/30 | Withdrawal | 1,008.73- | 2,818.64 |
| 04/30 | Wire In RTS FINANCIAL SERVICE INC. | 8,756.75 | 11,575.39 |
| 04/30 | WIRE FEE | 5.00- | 11,570.39 |
| 04/30 | Check Number 5622 | 1,470.50- | 10,099.89 |
| 04/30 | Check Number 5621 | 1,000.00- | 9,099.89 |
| 04/30 | Service Charge | 69.60- | 9,030.29 |

## Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 04/25 | 4491 | 1043.84 | 04/09 | 5594 | 613.97 |
| 04/10 | 5109* | 1285.00 | 04/09 | 5597* | 1112.10 |
| 04/25 | 5395* | 362.85 | 04/11 | 5598 | 1018.50 |
| 04/16 | 5545* | 500.00 | 04/09 | 5599 | 1751.50 |
| 04/02 | 5567* | 464.50 | 04/11 | 5600 | 1492.00 |
| 04/19 | 5571* | 751.42 | 04/09 | 5601 | 1157.00 |
| 04/02 | 5573* | 665.54 | 04/11 | 5602 | 300.00 |
| 04/02 | 5576* | 1135.99 | 04/16 | 5603 | 665.54 |
| 04/02 | 5577 | 566.73 | 04/16 | 5604 | 669.54 |
| 04/02 | 5578 | 1429.00 | 04/15 | 5605 | 566.42 |
| 04/02 | 5579 | 1552.00 | 04/16 | 5606 | 632.60 |
| 04/02 | 5580 | 741.00 | 04/12 | 5607 | 100.00 |
| 04/02 | 5581 | 1440.50 | 04/15 | 5609* | 580.72 |
| 04/02 | 5582 | 968.00 | 04/16 | 5610 | 350.00 |
| 04/08 | 5583 | 100.00 | 04/16 | 5611 | 1241.57 |
| 04/05 | 5584 | 1187.64 | 04/16 | 5614* | 466.65 |
| 04/05 | 5585 | 400.00 | 04/16 | 5615 | 693.50 |
| 04/12 | 5586 | 751.42 | 04/17 | 5617* | 500.00 |
| 04/08 | 5587 | 669.54 | 04/17 | 5618 | 100.00 |
| 04/08 | 5588 | 665.54 | 04/18 | 5619 | 480.00 |
| 04/08 | 5589 | 554.10 | 04/22 | 5620 | 566.41 |
| 04/08 | 5591* | 370.00 | 04/30 | 5621 | 1000.00 |
| 04/09 | 5592 | 860.00 | 04/30 | 5622 | 1470.50 |
| 04/22 | 5593 | 1242.29 | | | |

(*) Check Numbers Missing

------------ Continued ------------

**GECU**
**WE'RE WITH YOU.**

P.O. Box 20998 • El Paso, Texas 79998-0998
915.778.9221 or 800.772.4328 USA

## member statement

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| Total for this period | # | Total Fees | # | Refunds/Corrections |
|---|---|---|---|---|
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 1 | $29.50 | 0 | $0.00 |
| Total year-to-date | # | Total Fees | # | Refunds/Corrections |
| Total Overdraft Fees** | 0 | $0.00 | 0 | $0.00 |
| Total Returned Item* Fees | 15 | $442.50 | 8 | $236.00 |

*Returned Items include non-sufficient funds (NSF) charges for checks, debit card transactions, and automated clearing house (ACH) transactions.

**Total overdraft fees include overdraft privilege fees and uncollected funds fees.

**Account Summary**
Previous Statement Date: 03/31/24

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 23,679.80 | + | 164,015.16 | + | .00 | - | 178,595.07 | - | 69.60 | = | 9,030.29 |

Statement from 04/01/24 Thru 04/30/24

************************************************* **Summary of Deposit Accounts** *************************************************

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | 8424784 | 9,030.29 | 0.000 | .00 | | |



5573

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998
88-8108/3120

03/28/2024

$ **665.54

PAY TO THE ORDER OF _____ Rebecca . Moreno

*****Six hundred sixty-five and 54/100 _____ DOLLARS

Rebecca . Moreno

AUTHORIZED SIGNATURE

MEMO    Pay Period: 03/23/2024 - 03/29/2024

-$665.54 | Apr 02, 2024        View back ▶

5577

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/01/2024

PAY TO THE ORDER OF Froilan J. Cordova

$ **566.73

*****Five hundred sixty-six and 73/100

DOLLARS

Froilan J. Cordova

AUTHORIZED SIGNATURE

MEMO Pay Period: 03/23/2024 - 03/29/2024

-$566.73 | Apr 02, 2024

View back ▶

5576

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/01/2024

PAY TO THE
ORDER OF _ Bryan J. Cordova _____ $ **1,135.99

*****One thousand one hundred thirty-five and 99/100 _____ DOLLARS

Bryan J. Cordova

AUTHORIZED SIGNATURE

MEMO

Pay Period: 03/23/2024 - 03/29/2024

-$1,135.99 | Apr 02, 2024          View back ▶

5567

**Kingdom Express LLC**
12901 Veta Rica Ave
El Paso, TX 79938
(915) 803-9642

GECU
El Paso, TX 79998

88-8108/3120

03/25/2024

PAY TO THE ORDER OF: Jesus Julian Mendoza Lujan

R____ ____ C/V____
Pic.____ Known____ ID____ DD____

$ **464.50

Four hundred sixty-four and 50/100**************************************************************** DOLLARS

Jesus Julian Mendoza

MEMO   Week of 03/15/2024 to 03/22/2024

AUTHORIZED SIGNATURE

-$464.50 | Apr 02, 2024

View back ▶

Image not available at this time.
Please try again later.

-$968.00 | Apr 02, 2024

View back ▶

5578

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998
88-8108/3120

04/01/2024

PAY TO THE
ORDER OF_ Gabriel Velazquez

$ **1,429.00

One thousand four hundred twenty-nine and 00/100************************************************************ DOLLARS

Gabriel Velazquez

AUTHORIZED SIGNATURE

MEMO  Week of 03/22/24 to 03/29/24

-$1,429.00 | Apr 02, 2024

View back

5579

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/01/2024

PAY TO THE ORDER OF: Eric Raya

$ **1,552.00

One thousand five hundred fifty-two and 00/100************************************************************************** DOLLARS

Eric Rava

AUTHORIZED SIGNATURE

MEMO: Week of 03/22/24 to 03/29/24

-$1,552.00 | Apr 02, 2024    View back ▶

5581

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/01/2024

PAY TO THE ORDER OF___ Mario E Lopez

$**1,440.50

One thousand four hundred forty and 50/100************************************************************____DOLLARS

Mario E Lopez

AUTHORIZED SIGNATURE

MEMO ___ Week of 03/22/24 to 03/29/24



-$1,440.50 | Apr 02, 2024          View back ▶

5580

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/01/2024

PAY TO THE ORDER OF  Andres Hermosillo                                    $ **741.00

Seven hundred forty-one and 00/100************************************************************ DOLLARS

Andres Hermosillo

AUTHORIZED SIGNATURE

MEMO    Week of 03/22/24 to 03/29/24

-$741.00 | Apr 02, 2024          View back ⊳



-$400.00 | Apr 05, 2024    View back ▶



-$1,187.64 | Apr 05, 2024          View back



5588

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/05/2024

PAY TO THE ORDER OF ___Rebecca . Moreno_____ $ **665.54

*****Six hundred sixty-five and 54/100_____ DOLLARS

Rebecca . Moreno

AUTHORIZED SIGNATURE

MEMO

Pay Period:  03/30/2024 - 04/05/2024

-$665.54 | Apr 08, 2024

View back



5583

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

4/2/2024

PAY TO THE ORDER OF_ Gilbert Lujan                    $ 100.00

One hundred _____ 00/100                    DOLLARS

MEMO Water for Septic

AUTHORIZED SIGNATURE

-$100.00 | Apr 08, 2024     View back ▶



5589

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/05/2024

PAY TO THE
ORDER OF Itzel C. Martinez

$ **554.10

*****Five hundred fifty-four and 10/100 _____ DOLLARS

Itzel C. Martinez

AUTHORIZED SIGNATURE

MEMO Pay Period: 03/23/2024 - 04/05/2024

-$554.10 | Apr 08, 2024          View back ▶

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

5587

04/05/2024

PAY TO THE ORDER OF: Brenda L. Martinez

$ **669.54

*****Six hundred sixty-nine and 54/100

DOLLARS

Brenda L. Martinez

AUTHORIZED SIGNATURE

MEMO  Pay Period: 03/30/2024 - 04/05/2024

-$669.54 | Apr 08, 2024

View back

5591



**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

4/8/2024

PAY TO THE ORDER OF Oscar Alvarado                    $ 370.00

Three hundred and seventy ———— 00/100                    **DOLLARS**



MEMO Cash advance

AUTHORIZED SIGNATURE

-$370.00 | Apr 08, 2024          View back ▶

5594

Kingdom Express LLC
12901 Veta Roca Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/08/2024

PAY TO THE
ORDER OF Froilan J. Cordova

$ **613.97

*****Six hundred thirteen and 97/100

DOLLARS

Froilan J. Cordova

AUTHORIZED SIGNATURE

MEMO

Pay Period: 03/30/2024 - 04/05/2024

-$613.97 | Apr 09, 2024

View back

5599

**Kingdom Express LLC**
12901 Veta Rica Ave
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/08/2024

PAY TO THE
ORDER OF _____ Gabriel Velazquez

$ **1,751.50

One thousand seven hundred fifty-one and 50/100************************************************* DOLLARS

Gabriel Velazquez

MEMO     Week of 03/29/2024 to 04/05/2024

AUTHORIZED SIGNATURE

-$1,751.50 | Apr 09, 2024

View back

**5601**

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/08/2024

PAY TO THE ORDER OF _____ Mario E Lopez _____  $ **1,157.00

One thousand one hundred fifty-seven and 00/100******************************************************************************** DOLLARS

Mario E Lopez

AUTHORIZED SIGNATURE

MEMO   Week of 03/29/2024 to 04/05/2024

-$1,157.00 | Apr 09, 2024          View back ▶



Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

5592

4/8/2024

PAY TO THE ORDER OF __Ricardo Martinez__          $860.00

__Eight hundred and sixty__ _____ ⁰⁰/₁₀₀   **DOLLARS**

AUTHORIZED SIGNATURE

MEMO _King pins 471, tirehoses,_



5597

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998
88-8108/3120

04/08/2024

PAY TO THE
ORDER OF  Andres Hermosillo                                    $ **1,112.10

One thousand one hundred twelve and 10/100 ***********************************************  DOLLARS

Andres Hermosillo

AUTHORIZED SIGNATURE

MEMO   Week of 03/29/2024 to 04/05/2024

-$1,112.10 | Apr 09, 2024          View back ▶



5109

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

10/10/2023

PAY TO THE ORDER OF _____ Clark Julio Cesar Patrick Salcido Nevarez      $ **1,285.00

One thousand two hundred eighty-five and 00/100**************************************************** **DOLLARS**

Clark Julio Cesar Patrick Salcido Nevarez

AUTHORIZED SIGNATURE

MEMO      Week of 09/29/23 to 10-06/23

-$1,285.00 | Apr 10, 2024                    View back



5602

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

4/10/24

PAY TO THE ORDER OF  Juaquin Escalante                    $ 300.00

Three hundred _____ 00/100   DOLLARS

MEMO  Truck 132. Coolant hose & fitting

AUTHORIZED SIGNATURE

**-$300.00 | Apr 11, 2024**          **View back** ▶



**5598**

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/08/2024

PAY TO THE ORDER OF___ Eric Raya                                        $ **1,018.50

One thousand eighteen and 50/100************************************************************** DOLLARS

Eric Raya

AUTHORIZED SIGNATURE

MEMO   Week of 03/29/2024 to 04/05/2024

-$1,018.50 | Apr 11, 2024        View back



-$1,492.00 | Apr 11, 2024

View back ▶



5607

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

4·11·2024

PAY TO THE
ORDER OF   Escalante Diesel Repair        $ 100.⁰⁰

One hundred dlls ⁰⁰/₁₀₀                          DOLLARS

MEMO   Unit 595

AUTHORIZED SIGNATURE

-$100.00 | Apr 12, 2024

View back

5586

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/05/2024

PAY TO THE
ORDER OF___ Oscar Alvarado

$ **751.42

*****Seven hundred fifty-one and 42/100

DOLLARS

Oscar Alvarado

AUTHORIZED SIGNATURE

MEMO

Pay Period: 03/30/2024 - 04/05/2024

-$751.42 | Apr 12, 2024        View back ▶



5605

Kingdom Express LLC
12901 Veta Rica Ave
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

4/11/2024

PAY TO THE ORDER OF Oscar Alvarado                    $ 566.42

Five hundred sixty six ————————— 42/100                    DOLLARS

MEMO Week of 4/5- 4/12/24

AUTHORIZED SIGNATURE

-$566.42 | Apr 15, 2024

View back

5609

**Kingdom Express LLC**
12901 Veta Rica Ave
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/12/2024

PAY TO THE
ORDER OF___ Roberto Gomez Cordero

$ **580.72

****Five hundred eighty and 72/100

DOLLARS

Roberto Gomez Cordero

AUTHORIZED SIGNATURE

MEMO

Pay Period:  03/30/2024 - 04/12/2024

-$580.72 | Apr 15, 2024

View back





View back

5611

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803 9643

GECU
El Paso, TX 79998

88-8108/3120

04/15/2024

PAY TO THE
ORDER OF Froilan J. Cordova

$ **1,241.57

*****One thousand two hundred forty-one and 57/100 — DOLLARS

Froilan J. Cordova

AUTHORIZED SIGNATURE

MEMO

Pay Period: 04/06/2024 - 04/12/2024

-$1,241.57 | Apr 16, 2024        View back

5604

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/10/2024

PAY TO THE
ORDER OF Brenda L. Martinez

$ **669.54

*****Six hundred sixty-nine and 54/100 **DOLLARS**

Brenda L. Martinez

AUTHORIZED SIGNATURE

MEMO Pay Period: 04/06/2024 - 04/12/2024

**-$669.54 | Apr 16, 2024**

**View back** ⏵

5615

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/15/2024

PAY TO THE
ORDER OF _____ Gabriel Velazquez _____ $ **693.50

Six hundred ninety-three and 50/100************************************************************************** DOLLARS

Gabriel Velazquez

AUTHORIZED SIGNATURE

MEMO      Week of 04/05/2024 to 04/12/2024

-$693.50 | Apr 16, 2024          View back ▶



5545

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

3/15/2024

PAY TO THE ORDER OF ___Knight-Swift Transportation___ $ 500.00

___Five Hundred_____ 00/100 **DOLLARS**

4

AUTHORIZED SIGNATURE

MEMO Claim 23111001141186

Security features. Details on back.

-$500.00 | Apr 16, 2024     View back ▶

24-30081-cgb Doc## Filed 10/18/24 Entered 10/18/24 ##:##:## Main Document Pg 53 of
65

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

5606

04/12/2024

PAY TO THE
ORDER OF    Ever I. Ortega

$   **632.60

*****Six hundred thirty-two and 60/100

DOLLARS

Ever I. Ortega

MEMO

Pay Period: 03/30/2024 - 04/12/2024

AUTHORIZED SIGNATURE

-$632.60 | Apr 16, 2024        View back ▶



5614

**Kingdom Express LLC**
12901 Vata Rice Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998
88-8106/3120

04/15/2024

PAY TO THE ORDER OF Andres Hermosillo                    $ **466.65

Four hundred sixty-six and 65/100************************************************************************ DOLLARS

Andres Hermosillo

AUTHORIZED SIGNATURE

MEMO Week of 04/05/2024 to 04/12/2024

-$466.65 | Apr 16, 2024                    View back ▶



**5617**

Kingdom Express LLC
12901 Veta Rica Ave
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

4/16/2024

PAY TO THE
ORDER OF ___GM Hot Shots___ $ 500.00

Five hundred ___ ∞/100 ___ **DOLLARS**

MEMO ___Equipment Purchase___

AUTHORIZED SIGNATURE

-$500.00 | Apr 17, 2024          View back ▶

5618

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

4/16/2024

PAY TO THE
ORDER OF  Juaquin Escalante                    $ 100.00

One hundred                                      8/100                    DOLLARS

MEMO Remove & replace wheel speed sensor 354.

AUTHORIZED SIGNATURE

-$100.00 | Apr 17, 2024          View back ▶



-$480.00 | Apr 18, 2024

View back ▶



5571

Kingdom Express LLC
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

03/28/2024

PAY TO THE
ORDER OF  Oscar Alvarado                                    $  **751.42

*****Seven hundred fifty-one and 42/100                                          DOLLARS

Oscar Alvarado

AUTHORIZED SIGNATURE

MEMO
Pay Period: 03/23/2024 - 03/29/2024

-$751.42 | Apr 19, 2024

View back ▶

5593

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/08/2024

PAY TO THE
ORDER OF Bryan J. Cordova

$ **1,242.29

*****One thousand two hundred forty-two and 29/100

DOLLARS

Bryan J. Cordova

AUTHORIZED SIGNATURE

MEMO

Pay Period: 03/30/2024 - 04/05/2024

-$1,242.29 | Apr 22, 2024

View back ▶



5620

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

4/19/2024

PAY TO THE ORDER OF _Oscar Alvarado_ $566.41

_Five hundred and sixty six_ ___ /100 **DOLLARS**

MEMO _Week of 4/12-4/19/24_

AUTHORIZED SIGNATURE

-$566.41 | Apr 22, 2024          View back

4491

**Kingdom Express LLC**
12901 Veta Rica Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998

88-8108/3120

04/03/2023

PAY TO THE
ORDER OF    Froilan Joel Cordova                                    $ **1,043.84

One thousand forty-three and 84/100*********************************************************** DOLLARS

Froilan Joel Cordova

MEMO

Week of 03/24/23 to 03/31/23

AUTHORIZED SIGNATURE

-$1,043.84 | Apr 25, 2024     View back ▶

REFER TO MAKER

*111012822*
01/26/2024
3752868146

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-S
REFER TO MAKER

*22460001*
*4437*
*1*
*00343*

5395

Kingdom Express LLC
12901 Vela Roca Ave.
El Paso, TX 79938
(915) 803-9643

GECU
El Paso, TX 79998
88-8108/3120

01/23/2024

PAY TO THE ORDER OF Froilan J. Cordova

$ **362.85

****Three hundred sixty-two and 85/100                    DOLLARS

Froilan J. Cordova

MEMO
Pay Period: 01/13/2024 - 01/19/2024

AUTHORIZED SIGNATURE

-$362.85 | Apr 25, 2024

View back ▶



-$1,470.50 | Apr 30, 2024

View back ▶



-$1,000.00 | Apr 30, 2024

View back ▶

 **Account History** 

## SAVINGS *7704

Available     $10.⁰⁰

Current     $20.00

**SHOW DETAILS**

No recent transactions (6 months)